**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bakken Resources, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2973652** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **825 Great Northern Blvd., Suite 304 Helena, MT 59601** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lewis and Clark** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.bakkenresourcesinc.com** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor    **Bakken Resources, Inc.**                                              Case number (*if known*) _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____2131____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Bakken Resources, Inc.**                                                                              Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**        *Check all that apply:*
      **this district?**
                                  ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                      preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ☑ No
      **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**
                                          **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                      ☐  It needs to be physically secured or protected from the weather.

                                      ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐  Other _____

                                          **Where is the property?**  _____
                                                                       Number, Street, City, State & ZIP Code

                                          **Is the property insured?**

                                      ☐  No
                                      ☐  Yes.   Insurance agency   _____
                                                Contact name       _____
                                                Phone              _____

---

███   **Statistical and administrative information**

**13.  Debtor's estimation of**    .     *Check one:*
      **available funds**
                                  ☑  Funds will be available for distribution to unsecured creditors.

                                  ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☑ 1-49                     ☐ 1,000-5,000               ☐ 25,001-50,000
      **creditors**              ☐ 50-99                    ☐ 5001-10,000               ☐ 50,001-100,000
                                ☐ 100-199                  ☐ 10,001-25,000             ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000             ☑ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000             ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                ☑ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | **Bakken Resources, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/7/2018**
              MM / DD / YYYY

**X** **/s/ Richard Robbins**                              **Richard Robbins**
Signature of authorized representative of debtor          Printed name

Title   **Authorized Signatory**

---

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz**                  Date **12/7/18**
Signature of attorney for debtor                      MM / DD / YYYY

**Samuel A. Schwartz, Esq.**
Printed name

**Brownstein Hyatt Farber Schreck, LLP**
Firm name

**100 North City Parkway, Suite 1600**
**Las Vegas, NV 89106**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 802-2207**     Email address   **SASchwartz@bhfs.com**

**NV Bar No. 10985**
Bar number and State

Fill in this information to identify the case:

Debtor Name:  Bakken Resources, Inc.
United States Bankruptcy Court for the District of Nevada

CASE NUMBER (if known): _____

☐    Check if this is an
        Amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases:  Consolidated List of Creditors Holding 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.[1]  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wellborn, Sullivan, Meck & Tooley PC 1125 17th Street, Suite 2200 Denver, CO 80202 | Wellborn, Sullivan, Meck & Tooley PC Attn: Kendor P. Jones Attn: Joseph C. Pierzchala Attn: Jeff Peterson 1125 17th Street, Suite 2200 Denver, CO 80202 kjones@wsmtlaw.com jpierzchala@wsmtlaw.com jpeterson@wsmtlaw.com Telephone: 303.830.2500 | Legal Fees | Disputed | | | $211,758.12 |

---

[1] Inclusion on this list shall not constitute an admission by the Debtors regarding the extent or validity of the debts set forth herein.

| Debtor | **Bakken Resources, Inc.** | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lemons, Grundy & Eisenberg 6005 Plumas Street Reno, NV 89519 | Lemons, Grundy & Eisenberg Attn: Doug Brown Attn: Caryn Tijsseling Attn: Todd Alexander 6005 Plumas Street Reno, NV 89519 drb@lge.net cst@lge.net tra@lge.net Telephone: 775.786.6868 | Legal Fees | Disputed | | | $65,961.78 |
| Paul Law Group 902 Broadway, 6th Floor New York, NY 10010 | Paul Law Group Attn: Wesley J. Paul 902 Broadway, 6th Floor New York, NY 10010 wpaul@paullawgroup.com Telephone: 646-278-9955 | Legal Fees | Disputed | | | $22,656.00 |
| Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019-6099 | Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019-6099 Attn: Michael R. Young myoung@willkie.com Telephone: 212.728.8000 | Legal Fees | Unliquidated | | | $2,439.82 |
| BMB Solutions 41 Keyland Court, Suite A Bohemia, NY 11716 | BMB Solutions Attn: Joseph Napoli 360 Motor Parkway, Suite 650 Hauppauge, NY 11788 jnapoli@bmbsolutions.com Telephone: 631-343-7000 | Consulting Services | | | | $596.08 |
| GP, Inc. 40 West 14th Street, Suite 4B Helena, MT 59601 | GP, Inc. 40 West 14th Street, Suite 4B Helena, MT 59601 Attn: Khamsin Bailey khamsin@gntc.info Telephone: 406-457-5534 | Rent | | | | $489.17 |
| Charter Communications PO Box 742617 Cincinnati, OH 45274-2617 | Charter Communications 951 W. Custer Ave Helena, MT 59602 | Utilities – Telephone Internet | | | | $205.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor  **Bakken Resources, Inc.**                    Case Number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Sotek Solutions 400 North California Helena, MT 59601 | Sotek Solutions Attn: 400 North California Helena, MT 59601 Telephone: | Utilities – Telephone Hardware | | | | $200.00 |
| Fisher's Technology 575 East 42nd Street Boise, Id 83714 | Fisher's Technology Attn: 575 East 42nd Street Boise, ID 83714 info@fisherstech.com Telephone: 208-947-3606 | Trade Payables | | | | $191.67 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

**EXECUTED**

**UNANIMOUS WRITTEN CONSENT IN LIEU OF SPECIAL MEETING**
**OF**
**THE BOARD OF DIRECTORS**
**OF**
**BAKKEN RESOURCES, INC.**

_____

Dated as of November 7, 2018

THE UNDERSIGNED, constituting all of the members of the Board of Directors (the "Board") OF BAKKEN RESOURCES, INC., a Nevada corporation (the "Company"), hereby consent in writing, pursuant to Section 78.315(2) of the Nevada Revised Statutes (the "NRS"), to the adoption of the following resolutions, as if they were adopted at a duly convened meeting of the Board at which a quorum was present and acting throughout, which actions are hereby deemed effective as of the date set forth above:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the viability of the Company's business, and the strategic alternatives available to the Company;

WHEREAS, the Board has had the opportunity to consult with the management of the Company and the Company's advisors and to fully consider the strategic alternatives available to the Company, including, without limitation, the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board deems it advisable and in the best interest of the Company and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the following resolutions:

NOW, THEREFORE, IT IS:

RESOLVED, that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"); and it is further

RESOLVED, that the directors and officers of the Company and such other persons as the Company directs (each, an "Authorized Person" and collectively, the "Authorized Persons") be, and each is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary,

proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

RESOLVED, that the law firm of Lowenstein Sandler LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights including the preparation of pleadings and filings in connection with the Chapter 11 Case, and the Authorized Persons of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein Sandler LLP; and it is further

RESOLVED, that the Authorized Persons of the Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary or advisable to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Authorized Persons of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Authorized Persons are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of the Company, as may be necessary or advisable for the Company to obtain post-petition, all on such terms as the Authorized Persons deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that the Authorized Persons are, and any one of them acting alone is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters, and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Persons, and any of them, may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof; and it is further

RESOLVED, that all of the acts and transactions taken by the Authorized Persons, other management or Board of Directors, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified; and it is further

RESOLVED, that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

Board of Directors:

_____
Herman R. Landeis

_____
Karen S. Midtlyng

_____
Solange Charas

_____
Douglas Williams

_____
Dan Anderson

_____
Bill Baber

[Signature Page to Unanimous Written Consent of the Board of Directors of Bakken Resources, Inc. (Bankruptcy Filing)]

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

<u>Board of Directors</u>:

_____
Herman R. Landeis

_____
Karen S. Midtlyng

_____
Solange Charas

_____
Douglas Williams

_____
Dan Anderson

_____
Bill Baber

*[Signature Page to Unanimous Written Consent of the Board of Directors of Bakken Resources, Inc. (Bankruptcy Filing)]*

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

Board of Directors:

_____
Herman R. Landeis


_____
Karen S. Midtlyng


_____
Solange Charas


_____
Douglas Williams


_____
Dan Anderson


_____
Bill Baber

*[Signature Page to Unanimous Written Consent of the Board of Directors of Bakken Resources, Inc. (Bankruptcy Filing)]*

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

Board of Directors:

_____

Herman R. Landeis

_____

Karen S. Midtlyng

_____

Solange Charas

_____

Douglas Williams

_____

Dan Anderson

_____

Bill Baber

[*Signature Page to Unanimous Written Consent of the Board of Directors of Bakken Resources, Inc. (Bankruptcy Filing)*]

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

Board of Directors:

_____
Herman R. Landeis


_____
Karen S. Midtlyng


_____
Solange Charas


_____
Douglas Williams


_____
Dan Anderson


_____
Bill Baber

*[Signature Page to Unanimous Written Consent of the Board of Directors of Bakken Resources, Inc. (Bankruptcy Filing)]*

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the date first above written.

<u>Board of Directors</u>:


_____

Herman R. Landels


_____

Karen S. Midtlyng


_____

Solange Charas


_____

Douglas Williams


_____

Dan Anderson

*Bill Baber*

Bill Baber

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| BAKKEN RESOURCES, INC., | Case No. 18-_____ (___) |
| Debtor. | |

## LIST OF EQUITY HOLDERS[1] PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(3)

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| Bakken Resources, Inc. | Anderson, Sarah | 5227 N. Walnut Spokane, WA  99205 | 15,000 |
| | Andrews, Robert E. | 49733 Galway Dr Macomb, MI  48044 | 10,000 |
| | Armstrong, Steven D. | 4215 Selkirk Rd Bismark, ND  58501 | 250,000 |
| | Berger, Rita | 4023 Kennett Pike, #409 Wilmington, DE  19807 | 15,000 |
| | Beris, Greg | 365 Keith Ave Akron, OH  44313 | 40,000 |
| | Bond, William C. | 1215 Christmas Tree Ln Spokane, WA  99203 | 250,000 |
| | Brain, Graham John | 17x Peter Mansion 22 Ekamai Soi 2 Sukhumvit 63 Rd Phrakanong Khet Wattana Bangkok, 10110 Thailand | 200,000 |
| | Brender Services Ltd. | Attn: Steven I Weinberger PA 1200 N Federal Hwy, Ste 200 Boca Raton, FL  33432 | 800,000 |
| | Brumagin, Glenn & Evelyn | 10452 Maltbie Rd Gowanda, NY  14070 | 40,000 |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of November 28, 2018.

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Buenpaso Productions Inc. | 3600 Wilshire Blvd, #2100<br>Los Angeles, CA 90010 | 30,000 |
| | Buttice, Merridy | 2845 Jessica Lane<br>Walla Walla, WA 99362 | 500,000 |
| | Cabral, Reuben | 540 Ocean Ave<br>Brooklyn, NY 11226 | 60,000 |
| | Calvary Chapel South Bay | 19300 S. Vermont Ave<br>Gardena, CA 90248 | 100,000 |
| | Cappadona, Roy | 8124 E 3rd Ave<br>Anchroage, Ak 99504 | 40,000 |
| | Catalano, Michael | 5910 Deerland Ct<br>San Jose, CA 95124 | 100,000 |
| | Cede & Co. | 570 Washingdon Blvd<br>Jersey City, NJ 07310 | 6,339,536 |
| | Chen, Jun | 3879 Jersey Rd<br>Fremont, CA 94538 | 100,000 |
| | Chen, Wangxiang & | 126 Hamptons Landing NW<br>Calgary, AB T3A 5R5<br>Canada | 100,000 |
| | Cholaj, Frank | 18 E. High Dr<br>Spokane, WA 99203 | 22,500 |
| | Clark, Dearborn Ttee | 24 Ohelo Place<br>Kula, HI 96760 | 80,000 |
| | Cohn, Chris | 830 La Playa Way<br>San Rafael, CA 94903 | 15,000 |
| | Conroy, Dylan Christenson | 534 N. Toluca Park Dr<br>Burbank, CA 91505 | 15,000 |
| | Curley, Tammy | E 13320 Mission, #289<br>Spokane Valley, WA 99216 | 10,000 |
| | Dewolf, Daniel C. & | 124 Briarwood Ln<br>Helena, MT 59601 | 356,000 |
| | Drexel, Kyle R. | 815-A Brazos, St #697<br>Austin, TX 78701 | 15,000 |
| | Dullanty, Jr., F. J. & | 2007 E. 30th Ave<br>Spokane, WA 99203 | 25,000 |
| | Edington, IV Joseph | 1363 La Peresa Dr<br>Thousand Oaks, CA 91362 | 250,000 |
| | Edington, Janelle | 8045 Dolce Volpe Ave<br>Las Vegas, NV 89178 | 25,000 |
| | Edington, Ryan | 5227 N. Walnut<br>Spokane, WA 99205 | 500,000 |
| | Energi Resources LLC | 308 Stillwater Ave<br>Bozeman, MT 59718 | 102,000 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Feltham, Geoff | 9515 - 71 Ave NW<br>Edmonton, AB  T6E 0W2<br>Canada | 40,000 |
| | Fengqin, Qian | 12231 Via Roncole<br>Saratoge, CA  95070 | 100,000 |
| | Franco Enterprises Inc. | 3026 Inglewood Blvd<br>Los Angeles, CA  90066 | 30,000 |
| | Franco Productions Inc. | 3600 Wilshire Blvd,<br>#2100<br>Los Angeles, CA  90010 | 30,000 |
| | Gardella, Lucille | 5306 N Lincoln Gulch Rd<br>Box 877<br>Lincoln, MT  59639 | 40,000 |
| | Gilles, Bruce & | 710 N Arden Dr<br>Beverly Hills, CA  90210 | 400,000 |
| | Glaser, David, Living Tr | 16530 Ventura Blvd,<br>#600<br>Encino, CA  91436 | 200,000 |
| | Graiwer, Alyson | 14963 Greenleaf St<br>Sherman Oaks, CA 91403 | 30,000 |
| | Graiwer, Kenneth | 14963 Greenleaf St<br>Sherman Oaks, CA 91403 | 230,000 |
| | Graiwer, Manuel | 550 Chalette Dr<br>Beverly Hills, CA  90210 | 600,000 |
| | Graiwer, Manuel P. | 550 Chalette Dr<br>Beverly Hills, CA  90210 | 620,000 |
| | Graiwer, Marisa | 11426 Waterford St<br>Los Angeles, CA  90049 | 300,000 |
| | Graiwer, Stuart | 2939 Queensbury Dr<br>Los Angeles, CA  90064 | 300,000 |
| | Hare & Co. | c/o The Depository Trust Company<br>Attn: Bny Mellon/Branch Dept.<br>570 Washington Blvd, Fl. 5<br>Jersey City, NJ  07310 | 80,000 |
| | Hatwan, Alvin G. | 15520 Fanshaw Ave<br>Paramount, CA  90723 | 80,000 |
| | Hegre, Jon | 10197 Nickolas Ave<br>Highlands Ranch, CO 80130 | 80,000 |
| | Hispanic Television | 3026 Inglewood Blvd<br>Los Angeles, CA  90066 | 30,000 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Holms, Allan G. | 1314 S. Grand Blvd, #2112 Spokane, WA  99203 | 355,000 |
| | Holms, Val M. | PO Box 1839 Helena, MT  59624 | 26,235,000 |
| | Hubley, Bernard & | 3080 Arabian Rd Helena, MT  59602 | 40,000 |
| | Immel, Cynthia | 1220 Washington St Northfield, MN  55057 | 40,000 |
| | IWJ Consulting Group LLC | 451 W 21st Ave Spokane, WA  99203 | 2,000,000 |
| | Janney Montgomery Scott LLC | 1717 Arch St Philadelphia, PA  19103 | 10,000 |
| | Jayson, Donald A. | 15 Hidden Ledge Rd Englewood, NJ  07631 | 20,000 |
| | Jayson, Robert A. | 8 Crescent Way Fort Lee, NJ  07024 | 20,000 |
| | Jayson, Steven M. | 56 Wood Rd Tenafly, NJ  07670 | 20,000 |
| | Jensen, Kent | 13425 E. Kaitlin Way Clackamas, OR  97015 | 250,000 |
| | Ji, Yu R. | 404 S Marginal Rd Jericho, NY  11753 | 55,271 |
| | Jiang, Shengmei | 13426 Kings Court Ave Baton Rouge, LA  70810 | 100,000 |
| | Johnson, Larry A. | 15420 SE 60th Pl. Bellevue, WA  98006 | 375,000 |
| | Jones, Amy Pandya | 1749 Cedar St Santa Monica, CA  90405 | 15,000 |
| | Kearney, Gary D. | PO Box 622 Ward Cove, AK  99928 | 100,000 |
| | Kibler, Edna P. Ttee | 504 Sgt Pepper Dr St Peters, MO  63376 | 80,000 |
| | Kowski, George R. | 39 Woods Rd PO Box 68 Yulan, NY  12792 | 92,279 |
| | Kubiszewski, Scott | 353 E Tujunga Ave, #208 Burbank, CA  91502 | 15,000 |
| | Kuh, Timothy | 1314 S Grand Blvd Spokane, WA  99202 | 100,000 |
| | Kuney, Ralph | 400 N California Helena, MT  59601 | 80,000 |
| | Lan, Zhang | 2385 Louis Rd Palo Alto, CA  94303 | 100,000 |
| | Landeis, Herman          * | 4004 Carter Mountain Dr Cody, WY  82414 | 250,000 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Li, Bowen | 53 Sage St<br>Holmdel, NJ  07733 | 26,667 |
| | Lijuan, Ruan | Blk 738 Par Saris Dr 10 #11-25<br>Singapore,   510738<br>Singapore | 120,000 |
| | Lindsey, Scott & | 2135 Gold Rush<br>Helena, MT  59601 | 40,000 |
| | Livorno Latin America | Scottegatawey Oost 29e<br>PO Box 771<br>Willmstd Cuacao,<br>Netherlands Antilles | 400,000 |
| | Lujan, III, Manuel Andrew | 25526 Via Ventana<br>Stevenson Ranch, CA 91381 | 15,000 |
| | Maccaro, John | 601 Riverside Ave, Unit 325<br>Lyndhurst, NJ  07071 | 17,000 |
| | Martin, Barbara | PO Box 105<br>Colman, OK  73432 | 80,000 |
| | Meyer, Steven D. | 27648 Maple Ridge Way Se<br>Maple Valley, WA 98038 | 15,000 |
| | Midtlyng, Karen | 225 Greenwood Dr<br>Helena, MT  59601 | 2,250,000 |
| | Miller, Lawrence | 1704 Ambassador Ave<br>Beverly Hills, CA  90210 | 200,000 |
| | More, Alexandra Marin Ttee | 555 W 23rd St, Apt N8p<br>New York, NY  10011 | 25,000 |
| | More, Braden Kohoutek Ttee | 229 Brannan St Unit 7j<br>San Francisco, CA 94107 | 25,000 |
| | NBCN Inc. | M100-1010 De La Gchtr W<br>Montreal, Qc  H3b 5j2 Canada | 1,000 |
| | Nelson, Patricia H. | 1001 E 6th Ave<br>Helena, MT  59601 | 80,000 |
| | Nelson, Stephen S. & | 931 8th Ave<br>Helena, MT  59601 | 80,000 |
| | Paulson, Eldon | 8781 Mercadante Lane<br>Colton, CA  92324 | 40,000 |
| | Perini, Annette Marie | 12961 Mulholland Dr<br>Beverly Hills, CA  90210 | 80,000 |
| | Perkel, Jane | 536 Beverly Rd<br>Teaneck, NJ  07666 | 23,000 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Peter Swan Investment | #2002 255-257 Glcstr Rd Causeway Bay, Hong Kong | 2,250,000 |
| | Phillips, Kathy | 77670 Justin Ct Palm Desert, CA  92211 | 15,000 |
| | Ping, Cai | 22 Sage St Holmdel, NJ  07733 | 213,334 |
| | Ping, Zhou | 916 Lawton Ave San Jose, Ca  95128 | 100,000 |
| | Proctor, Sherry | 606 E 34th Ave Spokane, WA  99203 | 15,000 |
| | Qiushi, Chen | 1643 Indigo Oak Ln San Jose, CA  95121 | 100,000 |
| | Rand, Shannon & | 230 Bethany Rd, #127 Burbank, CA  91504 | 15,000 |
| | Roesch, Kenny | 545 Highland Park Dr Billings, MT  59102 | 48,000 |
| | Romero, Mckinley | 9005 E Main Ave Spokane Valley, WA 99212 | 505,000 |
| | Roskelley 401K Plan | PO Box 138 Jefferson City, MT 54638 | 160,000 |
| | Roskelley, David A. | PO Box 138 Jefferson City, MT 54638 | 40,000 |
| | Sage, James R., IRA | 1928 Ambrose Ct Helena, MT  59601 | 100,000 |
| | Sandru, Alexis C. | 1029 E 6th Ave Helena, MT  59601 | 16,000 |
| | Sandru, Jody S. | 480 Bayers Lane Twin Bridges, MT  59754 | 76,000 |
| | Sandru, Joseph M. | 480 Bayers Lane Twin Bridges, MT  59754 | 16,000 |
| | Sandru, Kjersten E. | 480 Bayers Lane Twin Bridges, MT  59754 | 16,000 |
| | Sandru, Tyler B. | 480 Bayers Lane Twin Bridges, MT  59754 | 16,000 |
| | Short, Floyd | 24785 E. Doyle Rd Cataldo, ID  83810 | 200,000 |
| | Shu, Henry | 1650 Goldfinch Way Sunnyvale, CA  94087 | 100,000 |
| | Simousek, John A. & | 307 W Eliza St San Pierre, IN  46374 | 200,000 |
| | Sobol, P. A. & | 3230 Iredell Lane Studio City, CA  91604 | 198,685 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Soccoccio, Ramsina Lazar | 23100 Ave San Luis, #193 Woodland Hills, CA 91364 | 15,000 |
| | Southwest Consulting | Schottegatweg Oost 9e Willemstad Curacao, Netherlands Antilles | 600,000 |
| | Southwest Consulting | Scottegatweg Oost 29e Willmstd Cuacao, Netherlands Antilles | 1,600,000 |
| | State Of Washington | PO Box 47477 Olympia, WA  98504 | 15,000 |
| | Stifel Nicolaus & Co., Inc. | 501 N Broadway Saint Louis, MO  63102 | 1,000 |
| | Stromberg, Betty J. | 820 E. 6th Ave Helena, MT  59601 | 14,000 |
| | Stromberg, Walter A. | 818 E 6th Ave Helena, MT  59601 | 90,000 |
| | Tangen, Jeremy | PO Box 596 Spokane, WA  99210 | 25,000 |
| | Thompson, Edith | 1325 5th Ave Laurel, MT  59044 | 40,000 |
| | Tianjing, Xiao | 3052 Colonial Way, Apt 11 San Jose, CA  95128 | 100,000 |
| | Tobens LLC | 611 Cannon St Helena, MT  59601 | 200,000 |
| | Torokvei, Nicholas Evald | 4129 Knobhill Dr Sherman Oaks, CA 91403 | 15,000 |
| | Townsend, Richard | 4540 Sandy River Dr Bismarck, ND  58503 | 40,000 |
| | Townshend, Donald | 19112 N Greenbluff Rd Colbert, WA  99005 | 200,000 |
| | Trammelle, Patrick | 3460 Reservoir Lane Helena, MT  59602 | 80,000 |
| | Troyer, Susan | 7600 S Jones Blvd, #1125 Las Vegas, NV  89139 | 15,000 |
| | Tulic, Maria | 1146 Talcahuano Buenos Aires,   1013 Argentina | 100,000 |
| | Tung, Chinyao Ttee | PO Box 81977 Las Vegas, NV  89180 | 100,000 |
| | Valdez, Vincent J. | 221 31st St Manhattan Beach, CA 90266 | 400,000 |

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares Held |
|---|---|---|---|
| | Valner, Alberto Ttee | 256 26th St Ste 201<br>Santa Monica, CA  90402 | 100,000 |
| | Van De Water, Cain | 6019 E 6th Ave<br>Spokane Valley, WA 99212 | 15,000 |
| | Walsh, Thomas | 1027 E Sherman Ave<br>Coeur D'alene, Id  83814 | 22,500 |
| | Walsh, Thomas G. | 1027 Sherman Ave<br>Coeur D'alene, ID  83814 | 100,000 |
| | Wang, Daning | 5734 Tan Oak Dr<br>Fremont, CA  94555 | 100,000 |
| | Wang, Ye Ju | 53 Sage St<br>Holmdel, NJ  07733 | 40,000 |
| | Wong, Wah On | Rm 2204 Shun Tak Ctr<br>W Twr 200 Connaught Rd<br>Central,<br>Hong Kong | 250,000 |
| | Xu, David | 8810 Tuckerman Ln<br>Potomac, MD  20854 | 27,547 |
| | Xu, Hong | 11 Townsend Rd<br>Belmont, MA  02478 | 300,000 |
| | Yang, Ting | 57 Moore Rd<br>Marlboro, NJ  07746 | 53,333 |
| | Yousefian, Sam | 1276 Stradella Rd<br>Los Angeles, CA  90077 | 15,000 |
| | Zhang, Dianying | 1254 Peach Ct #B<br>San Jose, CA  95116 | 80,000 |
| | Zhongkui, Yin | Long Gang Qu Hai Bn S Rd39#<br>Bldg15 Unit 34 Fl 401<br>Huludao City Liaoning Province,<br>Pr China | 100,000 |
| | Zimmerman, III, Edward | 3415 Ocatillo Mesa Way<br>Las Vegas, NV  89031 | 15,000 |
| | | | |

-8-

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Nevada

In re **Bakken Resources, Inc.**          Case No. _____

                         Debtor(s)      Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**00-50344**__ .

2. The following financial data is the latest available information and refers to the debtor's condition on __**11/30/2018**__ .

   a. Total assets                               $ _____ **0.00**

   b. Total debts (including debts listed in 2.c., below)    $ _____ **840,840.73**

   c. Debt securities held by more than 500 holders:

                                                 Approximate number of holders:

| | | | | | Amount | Holders |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ■ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock             **0**           **0**

   e. Number of shares common stock          **56,733,652**          **0**

       Comments, if any:

3. Brief description of Debtor's business:
   **The company acquires royalty interests in oil and natural gas properties**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Val M. Holms Estate, 26,235,000 shares, 46.2424% of total shares**

Allan G. Holms
1314 S Grand Blvd,  2112
Spokane, WA 99203


Anderson, Sarah
5227 N. Walnut
Spokane, WA 99205


Andrews, Robert E.
49733 Galway Dr
Macomb, MI 48044


AP Services LLP
909 3rd Ave
New York, NY 10022


Armstrong, Steven D.
4215 Selkirk Rd
Bismark, ND 58501


Berger, Rita
4023 Kennett Pike,  409
Wilmington, DE 19807


Beris, Greg
365 Keith Ave
Akron, OH 44313


Bill Baber
P.O. Box 430
Petrolia, TX 76377


Bill M. Baber
173 Mulberry Ln
Beyers, TX 76357


BMB Consulting
41 Keyland Ct, Ste A
Bohemia, NY 11716

BMB Solutions
41 Keyland Court, Ste A
Bohemia, NY 11716


BMB Solutions
Attn  Joseph Napoli
360 Motor Parkway, Suite 650
Hauppauge, NY 11788


BNK Petroleum
760 Paseo Camarillo, Ste 350
Camarillo, CA 93010


Bond, William C.
1215 Christmas Tree Ln
Spokane, WA 99203


Brain, Graham John
17x Peter Mansion 22 Ekamai Soi 2
Sukhumvit 63 Rd Phrakanong
Khet Wattana Bangkok, 10110
Thailand


Brender Services Ltd.
Attn  Steven I Weinberger PA
1200 N Federal Hwy, Ste 200
Boca Raton, FL 33432


Brewhouse
939 Gethcell
Helena, MT 59601


Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423


Browning, Kaleczyc, Berry   Hoven Pc
800 N Last Chance Gulch, Ste 101
Helena, MT 59624

Browning, Kaleczyc, Berry    Hoven, Pc
800 N Last Chance Gulch, Ste 101
P.O. Box 1697
Helena, MT 59624


Browning, Kaleczyc, Berry, and Hoven
800 N Last Chance Gulch, Ste 101
P.O. Box 1697
Helena, MT 59624


Brownstein Hyatt Farber Schreck
100 N City Pkwy, Ste 1600
Las Vegas, NV 89106


Brownstein Hyatt Farber Schreck, Llp
Attn  Samuel A. Schwartz
100 North City Parkway, Suite 1600
Las Vegas, NV 89106


Bruce Gillis
1919 Santa Monica Blvd, Ste 300
Santa Monica, CA 90404


Brumagin, Glenn    Evelyn
10452 Maltbie Rd
Gowanda, NY 14070


Buenpaso Productions Inc.
3600 Wilshire Blvd,  2100
Los Angeles, CA 90010


Burdick S
901 N Last Chance Gulch
Helena, MT 59601


Buttice, Merridy
2845 Jessica Lane
Walla Walla, WA 99362

Cabral, Reuben
540 Ocean Ave
Brooklyn, NY 11226


Caddo Minerals Inc
2714 Bee Cave Rd, 202
Austin, TX 78746


Calhoun   Lawrence LLP
81 Main St, Ste 450
White Plains, NY 10601


Callahan Lawyers Service
50 Main St
Hackensack, NJ 07601


Calvary Chapel South Bay
19300 S. Vermont Ave
Gardena, CA 90248


Cappadona, Roy
8124 E 3rd Ave
Anchroage, Ak 99504


Catalano, Michael
5910 Deerland Ct
San Jose, CA 95124


Cede   Co.
570 Washintgon Blvd
Jersey City, NJ 07310


Cfgi, Inc
99 High St, 30th Fl
Boston, MA 02110


Cfo Solutions, Inc
3077 Early Bird Dr
Helena, MT 59601

CFO Solutions, Inc
Attn  Dan Anderson
3077 Early Bird Dr
Helena, MT 59601


Charles Schwab
211 Main St
San Francisco, CA 94105


Charter
P.O. Box 742617
Cincinnati, OH 45274-2617


Charter Communications
951 W. Custer Ave
Helena, MT 59602


Charter Communications
P.O. Box 742617
Cincinnati, OH 45274-2617


Cheasapeake Operating LLC
P.O. Box 18496
Oklahoma City, OK 73154


Chen, Jun
3879 Jersey Rd
Fremont, CA 94538


Chen, Wangxiang
126 Hamptons Landing NW
Calgary, AB T3A 5R5
Canada


Chief Judge Bruce T. Beesley
US Bankruptcy Court, NV Dist.
Foley Federal Bldg
300 Las Vegas Blvd S
Las Vegas, NV 89101

Cholaj, Frank
18 E. High Dr
Spokane, WA 99203


Clark County Assessor
C/O Bankruptcy Clerk
500 S Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401


Clark County Treasurer
C/O Bankruptcy Clerk
500 S Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155-1220


Clark, Dearborn Ttee
24 Ohelo Place
Kula, HI 96760


Cohn, Chris
830 La Playa Way
San Rafael, CA 94903


Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80203


Colorado Secretary of State
1700 Broadway, Suite 200
Denver, CO 80290


Conroy, Dylan Christenson
534 N. Toluca Park Dr
Burbank, CA 91505


Continental Resoures Inc
P.O. Box 268835
Oklahoma City, OK 73126

Corporate Filings LLC
30 N Gould, Ste 7000
Sheridan, WY 82801


Crestone Park Resources
1801 California St, Ste 2500
Denver, CO 80202


Crowley Fleck
490 N 31st St, Ste 500
Billings, MT 59101


Curley, Tammy
E 13320 Mission,  289
Spokane Valley, WA 99216


Dan Anderson
3077 Early Bird Dr
Helena, MT 59601


Datsopoulos, Macdonald, and Lind, PC
201 W Main St, Ste 201
Missoula, MT 59802


David Boleneus
9910 N Ridgecrest Dr
Spokane, WA 99208


David Deffinbaugh
1308 9th Ave S
Great Falls, MT 59405


Davis Business Machines
1429 Helena Ave
Helena, MT 59601


Day and Associates, Inc
23 S Last Chance Gulch, Ste C
Helena, MT 59601

Decoria, Maichel   Teague, Ps
7307 N Division St
Spokane, WA 99208


Decoria, Maichel,   Teague
7307 N Division St
Spokane, WA 99208


Department of Treasury
P.O. Box 005
Ogden, UT 84201-0005


Dept. of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713


Dewolf, Daniel C
124 Briarwood Ln
Helena, MT 59601


Dewolf, Daniel C.
124 Briarwood Ln
Helena, MT 59601


Dg3 North American, Inc
P.O. Box 826913
Philadelphia, PA 19182-6913


Dickenson Wright Pllc
100 W Liberty St, Ste 940
Reno, NV 89501


Dickinson Wright
100 W Liberty St, 940
Reno, NV 89501


Dickinson Wright
2600 W Beaver, Ste 300
Troy, MI 48084

Digital Publishing Solutions
46 3rd Ave
Somerville, MA 02143


Donald K. Copa
528 S Arlington Ave
Reno, NV 89509


Doubek, Pyfer, and Storrar
307 N Jackson St
Helena, MT 59601


Doug Williams
1970 Beltview Dr
Helena, MT 59601


Douglas Harris Law Offices
322 W Spruce St
P.O. Box 7937
Missoula, MT 59807-5176


Dr. Solange L. Charas
333 E 75th St, Ph-C
New York, NY 10021


Drexel, Kyle R.
815-A Brazos, St  697
Austin, TX 78701


Drillinginfo
P.O. Box 678128
Dallas, TX 75267-8128


Dropbox
333 Brannan St
San Francisco, CA 94107


Dullanty, Jr F J
2007 E 30th Ave
Spokane, WA 99203

Dullanty, Jr., F. J.
2007 E. 30th Ave
Spokane, WA 99203


Dunn   Black
111 N Post St, Ste 300
Spokane, WA 99201


Eagle Private Equity Ii
630 5th Ave, 20th Fl
New York, NY 10111


Edge Marketing Design
1131 Popular St
Helena, MT 59601


Edington, IV Joseph
1363 La Peresa Dr
Thousand Oaks, CA 91362


Edington, Janelle
8045 Dolce Volpe Ave
Las Vegas, NV 89178


Edington, Ryan
5227 N. Walnut
Spokane, WA 99205


Edward Jones
516 N Park St, Ste B3
Helena, MT 59601


Eilenberg   Krause LLP
11 E 44th St
New York, NY 10017


Energi Resources LLC
308 Stillwater Ave
Bozeman, MT 59718

Energynet
7201 I-40 Frontage Rd, 319
Amarillo, TX 79106


EOG Resources Inc
P.O. Box 4362
Houston, TX 77210


Equinor
2107 Citywest Blvd, Ste 100
Houston, TX 77042


Erickson Thorpe   Swainston Ltd
99 West Arroyo St
Reno, NV 89509


Estate of Val M. Holms, James M. Holms
c/o O Neil Law Office, PLLC
Attn  Matthew O Neill
402 1st Street E., Suite 201
Polson, MT 59860-0460


Feltham, Geoff
9515 - 71 Ave NW
Edmonton, AB T6E 0W2
Canada


Feltman, Ewing Ps
421 W Riverside Ave
Spokane, WA 99201-0495


Feltman, Ewing, PS
421 W Riverside Ave, Ste 1600
Spokane, WA 99201


Fengqin, Qian
12231 Via Roncole
Saratoge, CA 95070

First American Title Company
210 2nd St East
Polson, MT 59860


First Interstate Bank
P.O. Box 6013
Helena, MT 59604


First Interstate Bank
1135 Euclid Ave
Helena, MT 59601


Fisher s Technology
575 E 42nd St
Boise, ID 83714


Franco Enterprises Inc.
3026 Inglewood Blvd
Los Angeles, CA 90066


Franco Productions Inc
3600 Wilshire Blvd,  2100
Los Angeles, CA 90010


Frank H Blair
1511 S Stanley Rd
Spokane, WA 99212-3228


Fredrikson   Byron, Pa
P.O. Box 1484
Minneapolis, MN 55480-1484


Gardella, Lucille
5306 N Lincoln Gulch Rd
P.O. Box 877
Lincoln, MT 59639


Gardella, Lucille
5306 N Lincoln Gulch Rd
Box 877
Lincoln, MT 59639

George Mainzer
5808 S Kenton St
Englewood, CO 80111


Georgeson Angaran Chartered
5450 Longley Lane
Reno, NV 89511


Gilles, Bruce
710 N Arden Dr
Beverly Hills, CA 90210


Givens Pursley
P.O. Box 2720
Boise, ID 83701


Glaser, David Living Tr
16530 Ventura Blvd,  600
Encino, CA 91436


GP, Inc
40 W 14th St, Ste 4B
Helena, MT 59601


GP, Inc
40 West 14th St, Ste 4B
Helena, MT 59601


GP, Inc
Attn  Khamsin Bailey
40 W 14th St, Ste 4B
Helena, MT 59601


Graiwer, Alyson
14963 Greenleaf St
Sherman Oaks, CA 91403


Graiwer, Kenneth
14963 Greenleaf St
Sherman Oaks, CA 91403

Graiwer, Manuel
550 Chalette Dr
Beverly Hills, CA 90210


Graiwer, Manuel P.
550 Chalette Dr
Beverly Hills, CA 90210


Graiwer, Marisa
11426 Waterford St
Los Angeles, CA 90049


Graiwer, Stuart
2939 Queensbury Dr
Los Angeles, CA 90064


Hanson Petroleum Engineering Inc
10459 Buffalo Ridge Rd
Castle Pines, CO 80108


HAP Land LLC
8639 Hwy E
Houston, MO 65483


Hare   Co.
c/o The Depository Trust Company
Attn  Bny Mellon/Branch Dept.
570 Washington Blvd, Fl. 5
Jersey City, NJ 07310


Harper Law
35 W Granite St
Butte, MT 59701


Hatwan, Alvin G.
15520 Fanshaw Ave
Paramount, CA 90723


Hegre, Jon
10197 Nickolas Ave
Highlands Ranch, CO 80130

Helena Parking Commission
225 N Cruse Ave
Helena, MT 59601


Herman Landeis
4004 Carter Mountain Dr
Cody, WY 82414


Hispanic Television
3026 Inglewood Blvd
Los Angeles, CA 90066


Holland and Hart
9555 Hillwood Dr, 2nd Fl
Las Vegas, NV 89134


Holms Energy LLC
P.O. Box 1598
Polson, MT 59860


Holms, Allan G.
1314 S. Grand Blvd,  2112
Spokane, WA 99203


Holms, Val M.
P.O. Box 1839
Helena, MT 59624


Hoy Chrissinger Kimmel Vallas, PC
50 W Liberty St, Ste 840
Reno, NV 89501


Hubley, Bernard
3080 Arabian Rd
Helena, MT 59602


Immel, Cynthia
1220 Washington St
Northfield, MN 55057

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
P.O. Box 601002
Pasadena, CA 91189-1002


IWJ Consulting Group LLC
451 W 21st Ave
Spokane, WA 99203


James M. Holms,
As Pr For Estate of Val M. Holms
33700 Ice House Lane
Polson, MT 59860


Jams, Inc
1801 W Olympic Blvd
Pasadena, CA 91199-1750


Janney Montgomery Scott LLC
1717 Arch St
Philadelphia, PA 19103


Jayson, Donald A.
15 Hidden Ledge Rd
Englewood, NJ 07631


Jayson, Robert A.
8 Crescent Way
Fort Lee, NJ 07024


Jayson, Steven M.
56 Wood Rd
Tenafly, NJ 07670


Jensen, Kent
13425 E. Kaitlin Way
Clackamas, OR 97015

Ji, Yu R.
404 S Marginal Rd
Jericho, NY 11753


Jiang, Shengmei
13426 Kings Court Ave
Baton Rouge, LA 70810


John Connolly
444 E 82 St, Ste 4E
New York, NY 10028


John Marvin
606 Alston
Santa Barbara, CA 93108


Johnson, Larry A.
15420 SE 60th Pl.
Bellevue, WA 98006


Jones, Amy Pandya
1749 Cedar St
Santa Monica, CA 90405


Joseph Edington
1363 La Peresa Dr
Thousand Oaks, CA 91362


Judge August B. Landis
US Bankruptcy Court, NV Dist
Foley Federal Bldg
300 Las Vegas Blvd S
Las Vegas, NV 89101


Judge Gregg W Zive
US Bankruptcy Court, NV Dist
Foley Federal Bldg
300 Las Vegas Blvd S
Las Vegas, NV 89101

Judge Laurel E Babero
US Bankruptcy Court, NV Dist
Foley Federal Bldg
300 Las Vegas Blvd S
Las Vegas, NV 89101


Judge Mike K. Nakagawa
US Bankruptcy Court, NV Dist
Foley Federal Bldg
300 Las Vegas Blvd S
Las Vegas, NV 89101


Karen Midtlyng
225 Greenwood
Helena, MT 59601


Kearney, Gary D.
P.O. Box 622
Ward Cove, AK 99928


Kent Jensen
13425 Kaitlin Way
Clackamas, OR 97015


Kibler, Edna P. Ttee
504 Sgt Pepper Dr
St Peters, MO 63376


Kowski, George R.
39 Woods Rd
P.O. Box 68
Yulan, NY 12792


Krause Kalfayan Benink   Slavens LLP
550 W C St
San Diego, CA 92101


Kubiszewski, Scott
353 E Tujunga Ave,  208
Burbank, CA 91502

Kuh, Timothy
1314 S Grand Blvd
Spokane, WA 99202


Kuney, Ralph
400 N California
Helena, MT 59601


Kwaller    Company
162 State St
Brooklyn, NY 11201


Lamb and Carey
2601 E Broadway
Helena, MT 59601


Lan, Zhang
2385 Louis Rd
Palo Alto, CA 94303


Landeis, Herman
4004 Carter Mountain Dr
Cody, WY 82414


Law Office of Michael Strage
730 5th Ave, Ste 1901
New York, NY 10019


Law Office of Thomas C. Bradley
448 Hill St
Reno, NV 89501


Law Offices of Shirley Spira, Pc.
315 E 86th St, 10Ke
New York, NY 10028


Lemons Grundy    Eisenberg
6005 Plumas St
Reno, NV 89519

```
Lemons, Grundy   Eisenberg
Attn  Doug Brown, Caryn Tijsseling
Attn  Todd Alexander
6005 Plumas St
Reno, NV 89519


Lemons, Grundy,   Eisenberg
6005 Plumas St, Third Fl
Reno, NV 89519


Lesofski Court Reporting
7 W 6th Ave, Ste 2C
Helena, MT 59601


Li, Bowen
53 Sage St
Holmdel, NJ 07733


Liberty Networks
4635 Liberty Dr
Helena, MT 59602


Lijuan, Ruan
Blk 738 Par Saris Dr 10
11-25
Singapore, 510738
Singapore


Lindsey, Scott
2135 Gold Rush
Helena, MT 59601


Livorno Latin America
Scottegatawey Oost 29e
P.O. Box 771
Willmstd Cuacao,
Netherlands Antilles
```

Livorno Latin America
Scottegatawey Oost 29E
P.O. Box 771
Willemstad Curacao
Netherlands Antilles


Louis J. Mazzullo
15934 Burrowing Owl Ct
Morrison, CO 97015


Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802


Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809


Lowenstein Sandler Llp
1251 Avenue of the Americas
New York, NY 10020


Lowenstein Sandler Llp
Attn  Jeffrey Cohen, Gabriel Olivera
1251 Avenue of the Americas
New York, NY 10020


Lujan, III, Manuel Andrew
25526 Via Ventana
Stevenson Ranch, CA 91381


Maccaro, John
601 Riverside Ave, Unit 325
Lyndhurst, NJ 07071


Manny Graiwer
550 Chalette Dr
Beverly Hills, CA 901210

Manuel Graiwer
550 Chalette Dr
Beverly Hills, CA 90210


Mari P. Holms
P.O. Box 1839
Helena, MT 59624


Marilyn Gillis
1919 Santa Monica Blvd, Ste 300
Santa Monica, CA 90404


Markel
P.O. Box 2009
Glen Allen, VA 23058


Martin, Barbara
P.O. Box 105
Colman, OK 73432


Mary Cunningham
5661 NW 181st Ave
Portland, OR 97229


Maupin, Cox   Legoy
4785 Caughlin Pkwy
Reno, NV 89519


Mazzullo Energy Corp.
31078 Big Bear Dr
Evergreen, CO 80439-9679


Mcdonald Carano Wilson
100 W Liberty St, 1000
Reno, NV 89501


Mcdonald Carano Wilson LLP
P.O. Box 2670
Reno, NV 89505

Mckinley Romero
9005 E Main Ave
Spokane, WA 99212

Meyer, Steven D.
27648 Maple Ridge Way Se
Maple Valley, WA 98038

Midtlyng, Karen
225 Greenwood Dr
Helena, MT 59601

Midtlyng, Karen S.
225 Greenwood Dr
Helena, MT 59601

Miller, Lawrence
1704 Ambassador Ave
Beverly Hills, CA 90210

Montana Broom and Brush
3151 Airport Rd
Helena, MT 59601

Montana Department of Revenue
P.O. Box 6309
Helena, MT 59604-6309

Montana Secretary of State
Capitol, Room 260
Helena, MT 59601

Montana State Fund
855 Front St
P.O. Box
Helena, MT 59604-4759

Montana State Fund
P.O. Box 31477
Billings, MT 59107-1477

```
More, Alexandra Marin Ttee
555 W 23rd St, Apt N8p
New York, NY 10011


More, Braden Kohoutek Ttee
229 Brannan St Unit 7j
San Francisco, CA 94107


Mt Secretary of State
Capital, Rm 260
Helena, MT 59601


MT Secretary of State
Capitol, Rm 260
Helena, MT 59601


National Association of Royalty Owners
15 W 6th St, 2626
Tulsa, OK 74119


NBCN Inc.
M100-1010 De La Gchtr W
Montreal, Qc H3b 5j2
Canada


ND Office of State Tax Comm.
600 E Blvd Ave
Bismarck, ND 58505-0599


ND Secretary of State
600 Blvd Ave, Dept 108
Bismarck, ND 58505-0500


Nd State Tax Commissioner
600 E Blvd Ave
Bismarck, ND 58505-0840


Ndic
600 E Blvd Ave
Bismarck, ND 58505-0840
```

Ndic Oil and Gas Division
600 E Blvd, Dept 405
Bismarck, ND 58505-0840


Ndrin
600 E Blvd Ave
Bismarck, ND 58505-0840


Nelson, Patricia H.
1001 E 6th Ave
Helena, MT 59601


Nelson, Stephen S
931 8th Ave
Helena, MT 59601


Nelson, Stephen S.
931 8th Ave
Helena, MT 59601


Nettles Law Firm
1389 Galleria Dr, Ste 200
Henderson, NV 89014


Nevada Agency and Transfer Company
50 W Liberty St, Ste 880
Reno, NV 89501


Nevada Corporate Services
630 5th Ave, 20th Fl
New York, NY 10111


Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave.,  1300
Las Vegas, NV 89101


Nevada Secretary of State
202 N Carson St
Carson City, NV 89701-4201

Nicholas Strozza, Asst Us Trustee
Office of the Us Trustee
300 Las Vegas Blvd S, Ste 4300
Las Vegas, NV 89101


Nicole Holms
c/o Harper Law
35 W Granite St
Butte, MT 59701


North Dakota Industrial Commission
Dept of Mineral Resources
600 E Blvd
Bismarck, ND 58505-0840


North Dakota Office of
Satte Tax Commissioner
600 E Boulevard Avenue
Bismark, ND 58505-0599


North Dakota Secretary of State
P.O. Box 5513
Bismarck, ND 58506-5513


North Dakota Secretary of State
600 Boulevard Avenue
Dept 108
Bismark, ND 58505-0500


Northwest Registered Agents
906 West 2nd Ave,  100
Spokane, WA 99201


O Neill Law Office, PLLC
402 1st St E, Ste 201
Polson, MT 59860-0460


Oasis Petroleum
1001 Fannin, Ste 1500
Houston, TX 77002

Office of the Us Trustee
Attn  Nicholas Strozza
Asst U.S. Trustee
300 Las Vegas Blvd. South  4300
Las Vegas, NV 89101


Oklahoma Secretary of State
Colcord Center
421 NW 13th Street., Suite 210/220
Oklahoma City, OK 73103


Oklahoma Tax Commission
2501 N. Lincoln Blvd
Oklahoma City, OK 73194


Parsley Energy
P.O. Box 11090
Midland, TX 79702


Paul Law Group
902 Broadway, 6th Fl
New York, NY 10010


Paul Law Group
Attn  Wesley J. Paul
902 Broadway, 6th Fl
New York, NY 10010


Paul Law Group LLP
902 Broadway, Fl 6
New York, NY 10010


Paulson, Eldon
8781 Mercadante Lane
Colton, CA 92324


Paynewest Insurance
1200 N Montana
Helena, MT 59601

Paynewest Insurance
P.O. Box 6127
Helena, MT 59604


Perini, Annette Marie
12961 Mulholland Dr
Beverly Hills, CA 90210


Perkel, Jane
536 Beverly Rd
Teaneck, NJ 07666


Peter Swan
255-257 Glcstr Rd,  2002
Causeway Bay
Hong Kong
PR China


Peter Swan Investment
2002 255-257 Glcstr Rd
Causeway Bay
Hong Kong
PR China


Peter Swan Investment
2002 255-257 Glcstr Rd
Causeway Bay,
Hong Kong


Phillips, Kathy
77670 Justin Ct
Palm Desert, CA 92211


Ping, Cai
22 Sage St
Holmdel, NJ 07733


Ping, Zhou
916 Lawton Ave
San Jose, CA 95128

Planet Data Inc
555 Taxter Rd, Ste 425
Elmsford, NY 10523


PLS
10850 Richmond Ave, Ste 300
Houston, TX 77042


Pr Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087-5897


Proctor, Sherry
606 E 34th Ave
Spokane, WA 99203


Project Management Inc
40 W 14th St, Ste 4B
Helena, MT 59601


Qiushi, Chen
1643 Indigo Oak Ln
San Jose, CA 95121


Rand, Shannon
230 Bethany Rd,  127
Burbank, CA 91504


Reed   Giesa, PS
222 North Wall St, Ste 410
Spokane, WA 99201


RGL Forensics
7887 E Belleview Ave, Ste 1200
Denver, CO 80111-6027


Robison, Sharp, Sullivan   Brust
71 Washington St
Reno, NV 89503

Robson Forensic Inc
P.O. Box 4847
Lancaster, PA 17604-4847


Roesch, Kenny
545 Highland Park Dr
Billings, MT 59102


Roil Energy LLC
c/o Allan Holms
1314 S Grand Blvd, 2112
Spokane, WA 99203


Romero, Mckinley
9005 E Main Ave
Spokane Valley, WA 99212


Roskelley 401K Plan
P.O. Box 138
Jefferson City, MT 54638


Roskelley, David A.
P.O. Box 138
Jefferson City, MT 54638


Rudd   Company
3805 Valley Commons Dr, Ste 7
Bozeman, MT 59718


Sage, James R Ira
1928 Ambrose Ct
Helena, MT 59601


Samson Oil and Gas USA Inc
13331 17th St, Ste 710
Denver, CO 80202


Sandru, Alexis C.
1029 E 6th Ave
Helena, MT 59601

Sandru, Jody S.
480 Bayers Lane
Twin Bridges, MT 59754


Sandru, Joseph M.
480 Bayers Lane
Twin Bridges, MT 59754


Sandru, Kjersten E.
480 Bayers Lane
Twin Bridges, MT 59754


Sandru, Tyler B.
480 Bayers Lane
Twin Bridges, MT 59754


Schlueter Associates
1050 17th St, Ste 1750
Denver, CO 80265


Short, Floyd
24785 E. Doyle Rd
Cataldo, ID 83810


Shu, Henry
1650 Goldfinch Way
Sunnyvale, CA 94087


Silver Creek Oil   Gas LLC
5525 N Macarthur Blvd, Ste 775
Irving, TX 75038


Silver Creek Oil and Gas LLC
5525 W Macarthur Blvd, Ste 775
Irving, TX 75038


Silver Legacy Hotel
407 N Virginia St
Reno, NV 89501

Silver Star Steak Co
823 Great Northern Blvd
Helena, MT 59601


Simousek, John A
307 W Eliza St
San Pierre, IN 46374


Simousek, John A.
307 W Eliza St
San Pierre, IN 46374


Sobol, P A
3230 Iredell Lane
Studio City, CA 91604


Sobol, P. A.
3230 Iredell Lane
Studio City, CA 91604


Soccoccio, Ramsina Lazar
23100 Ave San Luis,  193
Woodland Hills, CA 91364


Solange Charas
333 E 75th St, Phc
New York, NY 10021


Sotek Solutions
400 N California
Helena, MT 59601


Sotek Solutions
400 North California
Helena, MT 59601


Southwest Consulting
Schottegatweg Oost 9e
Willemstad Curacao,
Netherlands Antilles

Southwest Consulting
Scottegatweg Oost 29e
Willmstd Cuacao,
Netherlands Antilles


Southwest Consulting
Scottegatweg Oost 29E
Willemstad Curacao
Netherlands Antilles


State of Mt - Dept. of Revenue
P.O. Box 6309
Helena, MT 59604-6309


State of Nevada Dept. of Motor Vehicles
Attn  Legal Division
555 Wright Way
Carson City, NV 89711


State Of Washington
P.O. Box 47477
Olympia, WA 98504


State Tax Commissioner
600 E Blvd Ave, Dept 127
Bismarck, ND 58505-0599


Steven D. Armstrong
4125 Selkirk Rd
Bismarck, ND 58503-8291


Stifel Nicolaus   Co., Inc.
501 N Broadway
Saint Louis, MO 63102


Stockman Wealth Management
3096 N Sanders
Helena, MT 59601

Stromberg, Betty J.
820 E. 6th Ave
Helena, MT 59601


Stromberg, Walter A.
818 E 6th Ave
Helena, MT 59601


Subsurface Consultants   Associates LLC
10700 Richmond Ave, Ste 325
Houston, TX 77042


Tangen, Jeremy
P.O. Box 596
Spokane, WA 99210


Texas Department of Revenue
1919 North Loop West  640
Houston, TX 77008


Texas Secretary of State
1019 Brazos Street
Austin, TX 78701


Texas State Comptoller
P.O. Box 149359
Austin, TX 78714-9359


The Stone Law Firm
6900 S Mccarran Blvd, 2040
Reno, NV 89509


The Stone Law Firm Pc
6900 S Mccarran Blvd, Ste 2040
Reni, NV 89509


Thompson, Edith
1325 5th Ave
Laurel, MT 59044

Tianjing, Xiao
3052 Colonial Way, Apt 11
San Jose, CA 95128


Tobens LLC
611 Cannon St
Helena, MT 59601


Torokvei, Nicholas Evald
4129 Knobhill Dr
Sherman Oaks, CA 91403


Townsend, Richard
4540 Sandy River Dr
Bismarck, ND 58503


Townshend, Donald
19112 N Greenbluff Rd
Colbert, WA 99005


Trammelle, Patrick
3460 Reservoir Lane
Helena, MT 59602


Troyer, Susan
7600 S Jones Blvd,  1125
Las Vegas, NV 89139


Tulic, Maria
1146 Talcahuano
Buenos Aires, 1013
Argentina


Tung, Chinyao Ttee
P.O. Box 81977
Las Vegas, NV 89180


Ugrin Alexander Zadick PC
2 Railroad Square, B
Great Falls, MT 59401

Ugrin Alexander Zadick, Pc
2 Railroad Square, Ste B
P.O. Box 1746
Great Falls, MT 59403


Ugrin, Alexander, Zadick Pc
2 Railroad Square, Ste B
Great Falls, MT 59403


Unemployment Ins Contribution
P.O. Box 6339
Helena, MT 59604-6339


USPS
2300 N Harris
Helena, MT 59604-6339


Val M. Holms
c/o James M. Holms
As Pr For Estate of Val M. Holms
33700 Ice House Lane
Polson, MT 59860


Val M. Holms  Now Deceased
Estate of Val M. Holms, James Madson Holms, Pers Rep
c/o O Neill Law Office, PLLC
Attn  Matthew O Neill
402 1st St E, Ste 201
Polson, MT 59860-0460


Valdez, Vincent J.
221 31st St
Manhattan Beach, CA 90266


Valner, Alberto Ttee
256 26th St Ste 201
Santa Monica, CA 90402


Van De Water, Cain
6019 E 6th Ave
Spokane Valley, WA 99212

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Vogel Law Firm
P.O. Box 2097
Bismarck, ND 58502-2097


W. Edward Nichols
4529 Vrain St
Denver, CO 80212-2530


Walsh, Thomas
1027 E Sherman Ave
Coeur D alene, ID 83814


Walsh, Thomas G.
1027 Sherman Ave
Coeur D alene, ID 83814


Wang, Daning
5734 Tan Oak Dr
Fremont, CA 94555


Wang, Ye Ju
53 Sage St
Holmdel, NJ 07733


Welborn Sullivan Meck   Tooley, PC
1125 17th St, Ste 2200
Denver, CO 80202


Welborn, Sullivan, Meck, and Tooley Pc
1125 17th St, Ste 2200
Denver, CO 80202


Wellborn, Sullivan, Meck   Tooley Pc
1125 17th St, Ste 2200
Denver, CO 80202

Wellborn, Sullivan, Meck   Tooley PC
Attn  Kendor P. Jones, Jeff Peterson
Attn  Joseph C. Pierzchala
1125 17th St, Ste 2200
Denver, CO 80202


Wells Fargo
305 N Last Chance Gulch
Helena, MT 59601


Wells Fargo
P.O. Box 6995
Portland, OR 97228


Wesley Paul
902 Broadway, Fl 6
New York, NY 10010


Westchester Fire Insurance Company
11575 Great Oaks Way, Ste 200
Alpharetta, GA 30022


Western Land Services Inc
1100 Conrad Industrial Dr
Ludington, MI 49454


Willkie Farr   Gallagher LLP
787 7th Ave
New York, NY 10019-6099


Willkie Farr   Gallagher LLP
Attn  Michael R. Young
787 7th Ave
New York, NY 10019-6099


Willkie, Gallagher, Farr
787 7th Ave
New York, NY 10019-6099

```
Witherspoon-Kelly
422 W Riverside Ave, Ste 100
Spokane, WA 99201


Wong, Wah On
Rm 2204, Shun Tak Ctr
W Twr, 200 Connaught Rd
Central, Hong Kong
PR China


Wong, Wah On
Rm 2204 Shun Tak Ctr
W Twr 200 Connaught Rd
Central,
Hong Kong


Worden Thane PC
321 W Broadway St, Ste 300
Missoula, MT 59802


Xu, David
8810 Tuckerman Ln
Potomac, MD 20854


Xu, Hong
11 Townsend Rd
Belmont, MA 02478


Yang, Ting
57 Moore Rd
Marlboro, NJ 07746


Yousefian, Sam
1276 Stradella Rd
Los Angeles, CA 90077


Zhang, Dianying
1254 Peach Ct  B
San Jose, CA 95116
```

```
Zhongkui, Yin
Long Gang Qu Hai Bn S Rd 39
Bldg15, Unit 34, Fl 401
Huludao City, Liaoning Prov.
PR China


Zhongkui, Yin
Long Gang Qu Hai Bn S Rd39
Bldg15 Unit 34 Fl 401
Huludao City Liaoning Province,
China


Zimmerman, III, Edward
3415 Ocatillo Mesa Way
Las Vegas, NV 89031
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

BAKKEN RESOURCES, INC.,

Debtor.

Chapter 11

Case No. 18-_____ (___)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Val M. Holms | 46.2424% |

**Fill in this information to identify the case:**

Debtor name __**Bakken Resources, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration     List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/7/2018__            X _/s/ Richard Robbins_
                                    Signature of individual signing on behalf of debtor

                                    **Richard Robbins**
                                    Printed name

                                    **Authorized Signatory**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy