| | |
|---|---|
| Debtor Name | **Bakken Resources, Inc.** |
| **United States Bankruptcy Court for the District of Nevada** | |
| Case number (if known): | **18-17254** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*........................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*....................................................................

$5,331,018.55

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.......................................................................

$5,331,018.55

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$2,934.12

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..........................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*.................................

+ $1,039,741.19

4. **Total liabilities** ..................................................................................
Lines 2 + 3a + 3b

$1,042,675.31

| Debtor Name | **Bakken Resources, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Nevada** | |
| Case number (if known): | **18-17254** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**

None

3.   **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Charles Schwab | Investment | 0132 | $420,527.47 |
| 3.2 | First Interstate Bank | Operating | 4135 | $133,197.05 |
| 3.3 | Wells Fargo Bank | Operating | 4173 | $480,000.00 |

4.   **Other cash equivalents**

| | | |
|---|---|---|
| 4.1 | | None |

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,033,724.52**

| Part 2: | Deposits and prepayments |
|---|---|

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  Bakken Resources, Inc.                                      Case Number (if known) 18-17254

|  | | | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | GP, Inc. | Lease Deposit | $1,672.00 |
| 7.2 | AP Services LLC | Retainer | $150,000.00 |
| 7.3 | Lowenstein Sandler | Retainer | $111,667.66 |
| 7.4 | Dickinson Wright | Retainer | $25,000.00 |
| 7.5 | Subsurface Consultants & Associates | Retainer | $10,000.00 |
| 7.6 | BKBH | Retainer | $5,000.00 |
| 7.7 | Omni Management Group | Retainer | $10,000.00 |
| 7.8 | Brownstein Hyatt Farber Schreck, LLP | Retainer | $25,000.00 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | Lloyd's of London | Prepaid Insurance:  D&O | $138,712.50 |
| 8.2 | PayneWest | Prepaid Insurance:  D&O | $30,000.00 |
| 8.3 | PayneWest | Prepaid Insurance:  General Liability | $11,274.85 |
| 8.4 | DrillingInfo | Prepaid Subscription: Well Database | $2,495.88 |

| **9.** | **Total of Part 2** | |
|---|---|---|
| | Add lines 7 through 8.  Copy the total to line 81. | $520,822.89 |

| Part 3: | Accounts Receivable |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |
| | 11a. 90 days old or less: | $190,745.14   -   $0.00   = | $190,745.14 |
| | | face amount          doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | $0.00   -   $0.00   = | $0.00 |
| | | face amount          doubtful or uncollectible accounts | |

| **12.** | **Total of Part 3** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $190,745.14 |

Debtor  Bakken Resources, Inc.                                        Case Number (if known) 18-17254

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1    None | | $0.00 |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                                    % of ownership: | | |
| 15.1    None | | $0.00 |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1    None | | $0.00 |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

| **Part 5:** | **Inventory, excluding agricultural assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 19.1    None | | | | $0.00 |
| 20. **Work in progress** | | | | |
| 20.1    None | | | | $0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1    None | | | | $0.00 |

---

Debtor  Bakken Resources, Inc.                                    Case Number (if known) 18-17254

22.  **Other inventory or supplies**

22.1    None                                                                                      $0.00

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.                           | **$0.00** |

24.  **Is any of the property listed in Part 5 perishable?**

     ☑ No.
     ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☑ No.
     ☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 28.1    None | | | $0.00 |
| 29.  **Farm animals** | | | |
| Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1    None | | | $0.00 |
| 30.  **Farm machinery and equipment** | | | |
| (Other than titled motor vehicles) | | | |
| 30.1    None | | | $0.00 |

Debtor  Bakken Resources, Inc.                                      Case Number (if known) 18-17254

31.  **Farm and fishing supplies, chemicals, and feed**

31.1    None                                                                                                $0.00

32.  **Other farming and fishing-related property not already listed in Part 6**

32.1    None                                                                                                $0.00

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.                                    **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**

     ☑ No.
     ☐ Yes.

     **Is any of the debtor's property stored at the cooperative?**

     ☑ No.
     ☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☑ No.
     ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☑ No.
     ☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

**Part 7:**        Office furniture, fixtures, and equipment; and collectibles

Debtor  Bakken Resources, Inc.                                    Case Number (if known) 18-17254

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Furniture & Fixtures | $0.00 | Book Value | $0.00 Fully Depreciated |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Equipment | $0.00 | Book Value | $0.00 Fully Depreciated |
| 41.2  Computer Hardware | $0.00 | Book Value | $0.00 Fully Depreciated |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

---

**Part 8:**     Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Debtor  Bakken Resources, Inc.                                    Case Number (if known) 18-17254

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1    None | | | $0.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 48.1    None | | | $0.00 |
| 49.  **Aircraft and accessories** | | | |
| 49.1    None | | | $0.00 |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1    None | | | $0.00 |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No.

☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 9:**      **Real property**

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

Debtor  Bakken Resources, Inc.                                                                  Case Number (if known) 18-17254

---

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

   55.1                                                                                                              $0.00 None

56.  **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No.
   ☑ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

**Part 10:**     **Intangibles and intellectual property**

---

59.  **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1    Mineral Rights and Leases: Williston Basin (ND) | $0.00 | Book Value | $0.00 |
| 62.2    Mineral Rights and Leases: Williston Basin (MT) | $50,000.00 | Book Value | $50,000.00 |

---

Debtor  Bakken Resources, Inc.                                    Case Number (if known) 18-17254

| | | | | |
|---|---|---|---|---|
| 62.3 | Mineral Rights and Leases: DJ Basin (CO) | $1,000,000.00 | Book Value | $1,000,000.00 |
| 62.4 | Mineral Rights and Leases: Anadarko Basin (OK) | $280,110.00 | Book Value | $280,110.00 |
| 62.5 | Mineral Rights and Leases: Eagle Ford Basin (TX) | $457,370.00 | Book Value | $457,370.00 |
| 62.6 | Mineral Rights and Leases: Permian Basin (TX) | $75,330.00 | Book Value | $75,330.00 |
| 62.7 | Mineral Rights and Leases: Haynesville Basin (LA) | $47,250.00 | Book Value | $47,250.00 |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

$1,910,060.00

67.  **Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 11:**    **All other assets**

Debtor  Bakken Resources, Inc.                                              Case Number (if known) 18-17254

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

| 71.1 | | — | | = | None |
|---|---|---|---|---|---|
| | Total face amount | | Doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | Federal Income Tax NOL | 2017 | $303,079.00 |
|---|---|---|---|
| 72.2 | Montana State Income Tax NOL | 2017 | $228,410.00 |
| 72.3 | North Dakota State Income Tax NOL | 2017 | $560,789.00 |

73. **Interests in insurance policies or annuities**

| 73.1 | | None |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

( Refer to Exhibit )

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Related Party Receivable Due From Holms Energy Development Corporation | | $475,388.00 |
|---|---|---|
| **Nature of claim** | Royalty Payments | |
| **Amount Requested** | $475,388.00 | |
| Related Party Receivable Due From Holms Energy Development Corporation | | $108,000.00 |
| **Nature of claim** | Oasis Clawback from BRI paid to HEDC | |
| **Amount Requested** | $108,000.00 | |

76. **Trusts, equitable or future interests in property**

| 76.1 | | None |
|---|---|---|

77. **Other property of any kind not already listed**
Examples: Season tickets, country club membership

| 77.1 | None |
|---|---|

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

|  | $1,675,666.00 |
|---|---|

Debtor  Bakken Resources, Inc.                                    Case Number (if known) 18-17254

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 12:**     **Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.**     *Copy line 5, Part 1.* | $1,033,724.52 | |
| 81.  **Deposits and prepayments.**     *Copy line 9, Part 2.* | $520,822.89 | |
| 82.  **Accounts receivable.**     *Copy line 12, Part 3.* | $190,745.14 | |
| 83.  **Investments.**     *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**     *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.**     *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.**     *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.**     *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real Property.**     *Copy line 56, Part 9.* | | $0.00 |
| 89.  **Intangibles and intellectual property.**     *Copy line 66, Part 10.* | $1,910,060.00 | |
| 90.  **All other assets.**     *Copy line 78, Part 11.* | $1,675,666.00 | |

91.  **Total.**  Add lines 80 through 90 for each column.     91a.  **$5,331,018.55**  **+**  91b.  **$0.00**

92.  **Total of all property on Schedule A/B.**     Lines 91a + 91b = 92.................................................................     **$5,331,018.55**

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Bakken Resources, Inc.**
**Case No. 18-17254**
**Schedule AB-74:   Causes of Action Against Third Parties**

| Ref. | Case Description | Case Number | Nature of Claim | Court Details | Amount Requested |
|---|---|---|---|---|---|
| 74.1 | Graiwer et al.<br>v.<br>Bakken Resources, Inc. | CV14-00544 | Shareholder derivative suit alleging breach of fiduciary duty arising from alleged overpayments of royalties. | Nevada Second District Court | UNKNOWN |
| 74.2 | Val Holms<br>v.<br>Bakken Resources, Inc. | CV16-01086 | Complaint challenging financing transaction and seeking injunction against lender's conversion of debt to equity; counterclaims seeking declaration that financing transaction was proper and alleging breach of contract and other misconduct. | Nevada Second District Court | UNKNOWN |
| 74.3 | Bakken Resources, Inc.<br>v.<br>Allan Holms et al. | CV17-00360 | Action seeking declaration that alleged stock transfers were fraudulent and injunctive relief. | Nevada Second District Court | UNKNOWN |
| 74.4 | Bakken Resources, Inc.<br>v.<br>Allan Holms, Val Holms, Todd Jensen, Allan Collins v. Dan Anderson, Karen Midtlyng, and Wes Paul | DDV-2016-612 | Action seeking to enjoin efforts to exercise invalid voting proxies and interference with company operations. | Montana First Judicial Court | UNKNOWN |
| 74.5 | Bakken Resources, Inc.<br>v.<br>Edington | 15-CV-8686 | RICO suit arising out of reverse merger transaction that formed the company. | USDC SDNY | UNKNOWN |
| 74.6 | In the Matter of the Estate of Val M. Holms | DP-16-63 | Claims asserted against the estate of Val Holms. | Montana Twentieth Judicial District Court Lake County | UNKNOWN |
| 74.7 | Bakken Resources, Inc.<br>v.<br>Proland Services, LLC and Mary Cunningham | 15-CV-00065 | Default Judgment obtained against Proland Services, LLC and Mary Cunningham. | USDC District of Montana | UNKNOWN |
| 74.8 | Bakken Resources, Inc. | | May have potential legal malpractice/breach of fiduciary duty claims against the former corporate counsel. | | UNKNOWN |
| 74.9 | Bakken Resources, Inc. | | May have claims against certain financing entities. | | UNKNOWN |
| | | | | | |

| Debtor Name | **Bakken Resources, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Nevada** | |
| Case number (if known): | **18-17254** |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

|  |  | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>GP, INC.<br><br>**Creditor's mailing address**<br>40 WEST 14TH STREET, SUITE 4B<br>HELENA, MT 59601<br><br>**Creditor's email address, if known** | **Describe debtor's property that is subject to a lien**<br>LEASE PAYMENT<br>PARTIALLY SECURED BY DEPOSIT<br><br><br>**Describe the lien** | $2,934.12 | $1,672.00 |
| **Date debt was incurred**  December 2018<br>**Last four digits of<br>account number**<br>**Do multiple creditors have an interest in the same<br>property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional<br>Page, if any.** | $2,934.12 |
|---|---|

| | |
|---|---|
| Debtor Name | **Bakken Resources, Inc.** |

**United States Bankruptcy Court for the  District of Nevada**

Case number (if known):        **18-17254**

☐ Check if this is an
amended filing

<u>Official Form 206E/F</u>
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                              12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on
*Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | UNKNOWN | UNKNOWN |

**2.1** **Priority creditor's name and mailing address**
**COLORADO DEPARTMENT OF REVENUE**
**1375 SHERMAN STREET**
**DENVER, CO 80203**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account
number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8      )

| | UNKNOWN | UNKNOWN |
|---|---|---|

**2.2** **Priority creditor's name and mailing address**
**COLORADO SECRETARY OF STATE**
**1700 BROADWAY, SUITE 200**
**DENVER, CO 80290**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account
number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8      )

| | UNKNOWN | UNKNOWN |
|---|---|---|

**2.3** **Priority creditor's name and mailing address**
**LOUISIANA DEPARTMENT OF REVENUE**
**617 NORTH THIRD ST**
**BATON ROUGE, LA 70802**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account
number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8      )

| Debtor Name | **Bakken Resources, Inc.** | | Case number (if known): **18-17254** |

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |

|  | | **UNKNOWN** | **UNKNOWN** |

**2.4** **Priority creditor's name and mailing address**
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

|  | | **UNKNOWN** | **UNKNOWN** |

**2.5** **Priority creditor's name and mailing address**
MONTANA DEPARTMENT OF REVENUE
P.O. BOX 6309
HELENA, MT 59604-6309

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

|  | | **UNKNOWN** | **UNKNOWN** |

**2.6** **Priority creditor's name and mailing address**
MONTANA SECRETARY OF STATE
CAPITOL, ROOM 260
HELENA, MT 59601

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

|  | | **UNKNOWN** | **UNKNOWN** |

**2.7** **Priority creditor's name and mailing address**
NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 E BOULEVARD AVE
BISMARCK, ND 58505-0599

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

Debtor Name    **Bakken Resources, Inc.**

Case number (if known): **18-17254**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |
|  | UNKNOWN | UNKNOWN |

**2.8**

**Priority creditor's name and mailing address**
NORTH DAKOTA SECRETARY OF STATE
600 BOULEVARD AVE
DEPT 108
BISMARCK, ND 58505-0500

**Date or dates debt was incurred**
2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
PRIORITY TAXES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

|  | UNKNOWN | UNKNOWN |
| --- | --- | --- |

**2.9**

**Priority creditor's name and mailing address**
NORTHWEST REGISTERED AGENTS
906 WEST 2ND AVE, 100
SPOKANE, WA 99201

**Date or dates debt was incurred**
2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
PRIORITY TAXES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

|  | UNKNOWN | UNKNOWN |
| --- | --- | --- |

**2.10**

**Priority creditor's name and mailing address**
OKLAHOMA SECRETARY OF STATE
COLCORD CENTER
421 NW 13TH ST., SUITE 210/220
OKLAHOMA CITY, OK 73103

**Date or dates debt was incurred**
2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
PRIORITY TAXES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

|  | UNKNOWN | UNKNOWN |
| --- | --- | --- |

**2.11**

**Priority creditor's name and mailing address**
OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD.
OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**
2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
PRIORITY TAXES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Bakken Resources, Inc.**                                                       Case number (if known): **18-17254**

| Part 1: | Additional Page |
|---------|-----------------|

|  | Total claim | Priority amount |
|--|-------------|-----------------|
|  | **UNKNOWN** | **UNKNOWN** |

**2.12** **Priority creditor's name and mailing address**
TEXAS DEPARTMENT OF REVENUE
1919 NORTH LOOP WEST, 640
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8          )

|  | **UNKNOWN** | **UNKNOWN** |
|--|-------------|-----------------|

**2.13** **Priority creditor's name and mailing address**
TEXAS SECRETARY OF STATE
1019 BRAZOS STREET
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
PRIORITY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8          )

Debtor Name    **Bakken Resources, Inc.**                                    Case number (if known): **18-17254**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**
ALLAN G. HOLMS
1314 S GRAND BLVD, 2112
SPOKANE, WA 99203

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
BMB SOLUTIONS
ATTENTION: JOSEPH NAPOLI
41 KEYLAND COURT, SUITE A
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**    $596.08

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
CONSULTING SERVICES

**Date or dates debt was incurred**
November 2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
BRUCE GILLIS
1919 SANTA MONICA BLVD., 300
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
FISHER'S TECHNOLOGY
575 EAST 42ND STREET
BOISE, ID 83714

**As of the petition filing date, the claim is:**    $191.67

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLES

**Date or dates debt was incurred**
November 2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Bakken Resources, Inc.**                    Case number (if known): **18-17254**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

GP, INC.
ATTENTION: KHAMSIN BAILEY
40 WEST 14TH STREET, SUITE 4B
HELENA, MT 59601

As of the petition filing date, the claim is:                    $2,934.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE PAYMENT

**Date or dates debt was incurred**
December 2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

HELENA PARKING COMMISSION
225 NORTH CRUSE AVENUE
HELENA, MT 59601

As of the petition filing date, the claim is:                    $146.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Date or dates debt was incurred**
November 2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

HOLMS ENERGY LLC
P.O. BOX 1598
POLSON, MT 59860

As of the petition filing date, the claim is:                    $733,057.60

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.8** Nonpriority creditor's name and mailing address

JAMES M. HOLMS AS PR
FOR ESTATE OF VAL M. HOLMS
33700 ICE HOUSE LANE
POLSON, MT 59860

As of the petition filing date, the claim is:                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor Name    **Bakken Resources, Inc.**                                    Case number (if known): **18-17254**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">

**Amount of claim**

</div>

**3.9** | Nonpriority creditor's name and mailing address
JOSEPH EDINGTON
1363 LA PERESA DR
THOUSAND OAKS, CA 91362

As of the petition filing date, the claim is:                     **UNKNOWN**

[X] Contingent
[x] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.10** | Nonpriority creditor's name and mailing address
LEMONS, GRUNDY & EISENBERG
ATTENTION: DOUG BROWN, CARYN TIJSSELING, TODD ALEXANDER
6005 PLUMAS STREET
RENO, NV 89519

As of the petition filing date, the claim is:                     **$65,961.78**

[ ] Contingent
[ ] Unliquidated
[x] Disputed

**Basis for the claim:**
LEGAL FEES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11** | Nonpriority creditor's name and mailing address
MANUEL GRAWER
550 CHALETTE DR
BEVERLY HILLS, CA 90210

As of the petition filing date, the claim is:                     **UNKNOWN**

[X] Contingent
[x] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.12** | Nonpriority creditor's name and mailing address
MARI P. HOLMS
P.O. BOX 1839
HELENA, MT 59624

As of the petition filing date, the claim is:                     **UNKNOWN**

[X] Contingent
[x] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    7 of 10

Debtor Name    **Bakken Resources, Inc.**    Case number (if known): **18-17254**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.13** **Nonpriority creditor's name and mailing address**

MARILYN GILLIS
1919 SANTA MONICA BLVD., 300
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

MCKINLEY ROMERO
9005 E MAIN AVE
SPOKANE, WA 99212

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

NICOLE HOLMS
C/O HARPER LAW
35 W GRANITE ST
BUTTE, MT 59701

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

PAUL LAW GROUP
ATTENTION: WESLEY J. PAUL
902 BROADWAY, 6TH FLOOR
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**    $22,656.00

[ ] Contingent
[ ] Unliquidated
[x] Disputed

**Basis for the claim:**
LEGAL FEES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Bakken Resources, Inc. | Case number (if known): **18-17254** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">Amount of claim</div>

**3.17** Nonpriority creditor's name and mailing address

PETER SWAN
#2002 255-257 GLCSTR RD
CAUSEWAY BAY
HONG KONG

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.18** Nonpriority creditor's name and mailing address

ROIL ENERGY LLC
C/O ALLAN HOLMS
1314 S GRAND BLVD, 2112
SPOKANE, WA 99203

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
DISPUTED LITIGATION CLAIM

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.19** Nonpriority creditor's name and mailing address

WELLBORN, SULLIVAN, MECK & TOOLEY PC
ATTENTION: K. JONES, J. PIERZCHALA, J. PETERSON
1125 17TH STREET, SUITE 2200
DENVER, CO 80202

As of the petition filing date, the claim is:    $211,758.12

[ ] Contingent
[ ] Unliquidated
[x] Disputed

**Basis for the claim:**
LEGAL FEES

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.20** Nonpriority creditor's name and mailing address

WILLKIE FARR & GALLAGHER LLP
ATTENTION: MICHAEL R. YOUNG
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

As of the petition filing date, the claim is:    $2,439.82

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LEGAL FEES

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Bakken Resources, Inc.**

Case number (if known): **18-17254**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                          $0.00

**5b. Total claims from Part 2**                                     $1,039,741.19

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                              $1,039,741.19

| Debtor Name | **Bakken Resources, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Nevada** | |
| Case number (if known): | **18-17254** |

[ ] Check if this is an
amended filing

<u>Official Form 206G</u>
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

[ ] No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

[X] Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE FACILITY RENT | AAA STORAGE<br>1375 LAST CHANCE GULCH<br>HELENA, MT 59601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | AP SERVICES LLC<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | ATTORNEY-CLIENT FEE CONTRACT | BROWNING, KALECZYC, BERRY & HOVEN, PC<br>800 NORTH LAST CHANCE GULCH, SUITE 101<br>P.O. BOX 1697<br>HELENA, MT 59624 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT FOR LEGAL SERVICES | BROWNSTEIN HYATT FARBER SCHRECK<br>100 NORTH CITY PARKWAY, SUITE 1600<br>LAS VEGAS, NV 89106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT FOR LEGAL SERVICES | DICKENSON WRIGHT PLLC<br>100 WEST LIBERTY STREET, SUITE 940<br>RENO, NV 89501 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Bakken Resources, Inc.** | Case number (if known): **18-17254** |
| --- | --- | --- |

### ■ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE** | **GP, INC.**<br>**40 WEST 14TH STREET, SUITE 4B**<br>**HELENA, MT 59601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT AGREEMENT FOR LEGAL SERVICES** | **LOWENSTEIN SANDLER**<br>**1251 AVENUE OF THE AMERICAS**<br>**NEW YORK, NY 10020** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL & CROSS INDEMNIFICATION AND REIMBURSEMENT AGREEMENT** | **PAUL LAW GROUP, LLP**<br>**902 BROADWAY, 6TH FLOOR**<br>**NEW YORK, NY 10010** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT AGREEMENT FOR LEGAL SERVICES** | **UGRIN ALEXANDER ZADICK, PC**<br>**#2 RAILROAD SQUARE, SUITE B**<br>**P.O. BOX 1746**<br>**GREAT FALLS, MT 59403** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Bakken Resources, Inc.** |
|---|---|

**United States Bankruptcy Court for the  District of Nevada**

| Case number (if known): | **18-17254** |
|---|---|

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
**12/15**

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any codebtors?**

☒  No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐  Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| **NONE** | | | |

| Debtor Name | **Bakken Resources, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Nevada** | |
| Case number (if known): | **18-17254** |

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

**The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross Revenue from business**

☐ None

| | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of Revenue** | **Gross Revenue** (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| 1.1 | **Jan. 2018 - Dec. 2018** | From | January 1, 2018 | To | December 7, 2018 | ☐ Operating a business<br>☑ Other  Royalty Revenues | $1,918,401.64 |
| 1.2 | **Jan. 2017 - Dec. 2017** | From | January 1, 2017 | To | December 30, 2017 | ☐ Operating a business<br>☑ Other  Royalty Revenues | $1,704,687.26 |
| 1.3 | **Jan. 2016 - Dec. 2016** | From | January 1, 2016 | To | December 30, 2016 | ☐ Operating a business<br>☑ Other  Royalty Revenues | $801,278.25 |

In re  Bakken Resources, Inc.                                                    Case No.   18-17254

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  Non-business income may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross Revenue from (before deductions and exclusions) |
|---|---|---|---|---|---|
| 2.1 | From  January 1, 2018 | To | December 7, 2018 | Dividend Income | $32,182.26 |
| 2.2 | From  January 1, 2018 | To | December 7, 2018 | Interest Income | $20,514.12 |
| 2.3 | From  January 1, 2017 | To | December 30, 2017 | Dividend Income | $60,040.82 |
| 2.4 | From  January 1, 2017 | To | December 30, 2017 | Interest Income | $28,670.15 |
| 2.5 | From  January 1, 2016 | To | December 30, 2016 | Dividend Income | $75,243.70 |
| 2.6 | From  January 1, 2016 | To | December 30, 2016 | Interest Income | $6,429.58 |

**Part 2:**      **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | ( See Exhibit 3 ) | | | ☐ Secured Debt<br>☐ Unsecured Loan Payments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

In re  Bakken Resources, Inc.                                                                 Case No.   18-17254

**4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1  ( See Exhibit 4 ) | | | |

**Relationship to debtor**

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

| Part 3: | Legal Actions or Assignments |
|---|---|

In re  Bakken Resources, Inc.                                                    Case No.   18-17254

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Graiwer et al v. Bakken Resources, Inc. | Shareholder derivative suit alleging breach of fiduciary duty arising from alleged overpayments of royalties. | Nevada Second District Court 75 Court Street Reno, NV 89501 | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** CV14-00544 | | | |
| 7.2 | Val Holms v. Bakken Resources, Inc. | Complaint challenging financing transaction and seeking injunction against lender's conversion of debt to equity; counterclaims seeking declaration that financing transaction was proper and alleging breach of contract and other misconduct. | Nevada Second District Court 75 Court Street Reno, NV 89501 | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** CV16-01086 | | | |
| 7.3 | Bakken Resources, Inc. v. Allan Holms et al | Action seeking declaration that alleged stock transfers were fraudulent and injunctive relief. | Nevada Second District Court 75 Court Street Reno, NV 89501 | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** CV17-00360 | | | |
| 7.4 | Bakken Resources, Inc. v. Allan Holms, Val Holms, Todd Jensen, Allan Collins v. Dan Anderson, Karen Midtlyng and Wes Paul | Action seeking to enjoin efforts to exercise invalid voting proxies and interference with company operations. | Montana First Judicial Court 228 E. Broadway Helena, MT 59601 | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** DDV-2016-612 | | | |
| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

In re  Bakken Resources, Inc.                                                          Case No.   18-17254

| 7.5 | Bakken Resources, Inc.<br>v.<br>Edington et al | RICO suit arising out of reverse merger transaction that formed the company. | United States District Court<br>Southern District New York | ☑ Pending<br>☐ On appeal |
|---|---|---|---|---|
| | **Case number**<br>15-CV-8686 | | | ☐ Concluded |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.6 | In the Matter of the Estate of Val M. Holms | Claims asserted against the estate of Val Holms. | Montana Twentieth Judicial District Court<br>Lake County, Rm 301<br>106 4th Ave E<br>Polson, MT 59860 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>DP-16-63 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Bakken Resources, Inc.                                                    Case No.   18-17254

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments of Transfers |
|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Bakken Resources, Inc.                                                    Case No.   18-17254

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1   AP Services LLC<br>909 Third Avenue<br>New York, NY 10022<br>**Email or website address** |  | 11/28/2018 | $150,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2   AP Services LLC<br>909 Third Avenue<br>New York, NY 10022<br>**Email or website address** |  | 11/29/2018 | $95,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.3   Brownstein Hyatt  Farber Schrek LLP<br>100 North City Pkwy, Ste 1600<br>Las Vegas, NV 89106<br>**Email or website address** |  | 11/13/2018 | $25,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4   Brownstein Hyatt  Farber Schrek LLP<br>100 North City Pkwy, Ste 1600<br>Las Vegas, NV 89106<br>**Email or website address** |  | 12/4/2018 | $21,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.5   Lowenstein Sandler<br>1251 Avenue of the Americas<br>New York, NY 10020<br>**Email or website address** |  | 11/26/2018 | $124,329.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.6   Lowenstein Sandler<br>1251 Avenue of the Americas<br>New York, NY 10020<br>**Email or website address** |  | 12/4/2018 | $10,569.77 |
| **Who made the payment, if not debtor?** |  |  |  |

In re  Bakken Resources, Inc.                                                          Case No.   18-17254

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.7  Lowenstein Sandler<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>**Email or website address** |  | 12/4/2018 | $150,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.8  Omni Management Grp<br>5955 Desoto Avenue<br>Woodland Hills, CA 91367<br><br>**Email or website address** |  | 11/29/2018 | $10,000.00 |
| **Who made the payment, if not debtor?** |  |  |  |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

[X] None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

## 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

| Part 7: | Previous Locations |
|---|---|

In re   Bakken Resources, Inc.                                                    Case No.   18-17254

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | **Dates of occupancy** |
| --- | --- |
| 14.1   1425 Birch St, Ste A<br>Helena, MT 59601 | 2010-2016 |
| OFFICE | |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No   Go to Part 9.
☐ Yes.  Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- |
| | **Location where patient records are maintained** | **How are records kept?**<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re   Bakken Resources, Inc.                                                        Case No.   18-17254

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No    Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.
       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of plan |
|---|---|
| | EIN: |

Has the plan been terminated?
☐ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | | |

---

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

---

In re   Bakken Resources, Inc.                                                    Case No.   18-17254

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 AAA Storage1375 Last Chance GulchHelena, MT 59601 | Richard Robbins 825 Great Northern Blvd. Suite 304 Helena, MT 59601 | Documents | ☐ No ☑ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
  - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
  - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
  - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

In re  Bakken Resources, Inc.                                                           Case No.   18-17254

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  Bakken Resources, Inc.                                              Case No.   18-17254

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |
|---|---|---|

---

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

[ ] None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | Dan Anderson<br>CFO Solutions, Inc.<br>3077 Early Bird Dr<br>Helena, MT 59601 | May 2014 -<br>December 2018 |

---

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

[ ] None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1 | Decoria, Maichel and Teague<br>7307 N Division Street<br>Spokane, WA 99208 | April 2016 -<br>December 2018 |

---

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

[ ] None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | Dan Anderson<br>825 Great Northern Blvd.<br>Suite 304<br>Helena, MT 59601 | |

---

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

[X] None

| Name and address |
|---|

---

In re  Bakken Resources, Inc.                                                  Case No.   18-17254

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes.  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Name and address of the person who has possession of inventory records | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Bill M. Baber | P.O. Box 430 Petrolia, TX 76377 | Director | |
| 28.2 | Dr. Solange L. Charas | 333 E. 75th St., PH-C New York, NY 10021 | Director | |
| 28.3 | Herman R. Landeis | 4004 Carter Mountain Drive Cody, WY 82414 | Director and Shareholder | 0.4407% |
| 28.4 | Doug Williams | 1970 Beltview Drive Helena, MT 59601 | Director | |
| 28.5 | Dan Anderson | 3077 Early Bird Drive Helena, MT 59601 | Director and Officer (CFO) | |
| 28.6 | Karen S. Midtlyng | 225 Greenwood Drive Helena, MT 59601 | Director and Shareholder | 3.9659% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes.  Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Karen S. Midtlyng | 225 Greenwood Drive Helena, MT 59601 | Officer (Corporate Secretary) and Shareholder | December 2010 to December 2018 |

In re  Bakken Resources, Inc.                                                    Case No.    18-17254

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing this value |
|---|---|---|---|
| 30.1     ( See SOFA 4 ) | | | |
| **Relationship to debtor** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING**    Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.          12/27/2018
                          MM / DD / YYYY

          /s/  Richard Robbins                              Printed name    Richard Robbins
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor          VP - Restructuring

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?

☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 3

## PAYMENTS TO CREDITORS

**Bakken Resources, Inc.**
**Case No. 18-17254**
**SOFA 3: Certain payments or transfers to creditors within 90 days before filing this case**

| VENDOR | ADDRESS LINE 1 | ADDRESS LINE 3 | COUNTRY | PMT AMT | PMT DATE | REASONS FOR PAYMENT OR TRANSFER |
|---|---|---|---|---|---|---|
| AP Services LLC. | 909 Third Avenue | New York, NY 10022 | | $150,000.00 | 11/28/2018 | Technical Consulting |
| AP Services LLC. | 909 Third Avenue | New York, NY 10022 | | $95,000.00 | 11/29/2018 | Technical Consulting |
| **AP Services LLC.   Total** | | | | **$245,000.00** | | |
| Browning, Kaleczyc, Berry & Hoven PC | 800 North Last Chance Gulch, Suite 101 | Helena, MT 59624 | | $18,095.41 | 09/28/2018 | Legal |
| Browning, Kaleczyc, Berry & Hoven PC | 800 North Last Chance Gulch, Suite 101 | Helena, MT 59624 | | $1,646.71 | 11/06/2018 | Legal |
| Browning, Kaleczyc, Berry & Hoven PC | 800 North Last Chance Gulch, Suite 101 | Helena, MT 59624 | | $12,068.10 | 11/28/2018 | Legal |
| **Browning, Kaleczyc, Berry & Hoven PC   Total** | | | | **$31,810.22** | | |
| Brownstein Hyatt  Farber Schrek LLP | 100 North City Parkway, Suite 1600 | Las Vegas, NV 89106 | | $25,000.00 | 11/13/2018 | Legal |
| Brownstein Hyatt  Farber Schrek LLP | 100 North City Parkway, Suite 1600 | Las Vegas, NV 89106 | | $21,000.00 | 12/04/2018 | Legal |
| Brownstein Hyatt  Farber Schrek LLP | 100 North City Parkway, Suite 1600 | Las Vegas, NV 89106 | | $1,060.00 | 12/04/2018 | Legal |
| **Brownstein Hyatt  Farber Schrek LLP   Total** | | | | **$47,060.00** | | |
| DeCoria, Maichel, & Teague | 7307 N. Division Street | Spokane, WA 99208 | | $14,758.40 | 09/11/2018 | Accounting/Tax/Audit |
| DeCoria, Maichel, & Teague | 7307 N. Division Street | Spokane, WA 99208 | | $4,329.45 | 10/11/2018 | Accounting/Tax/Audit |
| DeCoria, Maichel, & Teague | 7307 N. Division Street | Spokane, WA 99208 | | $5,945.71 | 11/06/2018 | Accounting/Tax/Audit |
| **DeCoria, Maichel, & Teague   Total** | | | | **$25,033.56** | | |
| Dickenson Wright PLLC | 100 West Liberty Street, Suite 940 | Reno, NV 89501 | | $54,048.20 | 11/06/2018 | Legal |
| Dickenson Wright PLLC | 100 West Liberty Street, Suite 940 | Reno, NV 89501 | | $29,224.70 | 11/08/2018 | Legal |
| Dickenson Wright PLLC | 100 West Liberty Street, Suite 940 | Reno, NV 89501 | | $13,892.20 | 11/29/2018 | Legal |
| **Dickenson Wright PLLC   Total** | | | | **$97,165.10** | | |
| Feltman, Ewing PS | 421 West Riverside Avenue | Spokane, WA 99201-0495 | | $15,983.40 | 09/28/2018 | Legal |
| **Feltman, Ewing PS   Total** | | | | **$15,983.40** | | |
| Internal Revenue Service | 324 25th Street | Ogden, UT 84401 | | $2,571.00 | 10/10/2018 | Federal Tax |
| Internal Revenue Service | 324 25th Street | Ogden, UT 84401 | | $2,571.00 | 11/02/2018 | Federal Tax |
| Internal Revenue Service | 324 25th Street | Ogden, UT 84401 | | $35,380.60 | 12/03/2018 | Federal Tax |
| **Internal Revenue Service   Total** | | | | **$40,522.60** | | |
| LLoyd's of London c/o JLT Specialty Limited | The St. Botolph Bldg, 138 Houndsditch | London,  EC3A 7AW | United Kingdom | $138,712.50 | 12/07/2018 | D&O and General Liability Insurance |
| **LLoyd's of London c/o JLT Specialty Limited   Total** | | | | **$138,712.50** | | |
| Lowenstein Sandler | 1251 Avenue of the Americas | New York, NY 10020 | | $228,343.95 | 10/20/2018 | Legal |
| Lowenstein Sandler | 1251 Avenue of the Americas | New York, NY 10020 | | $124,329.00 | 11/26/2018 | Legal |
| Lowenstein Sandler | 1251 Avenue of the Americas | New York, NY 10020 | | $10,569.77 | 12/04/2018 | Legal |
| Lowenstein Sandler | 1251 Avenue of the Americas | New York, NY 10020 | | $150,000.00 | 12/04/2018 | Legal |
| Lowenstein Sandler | 1251 Avenue of the Americas | New York, NY 10020 | | $87,609.50 | 12/04/2018 | Legal |
| **Lowenstein Sandler   Total** | | | | **$600,852.22** | | |
| Maupin, Cox & LeGoy | 4785 Caughlin Parkway | Reno, NV 89519 | | $25,245.00 | 09/11/2018 | Legal |
| Maupin, Cox & LeGoy | 4785 Caughlin Parkway | Reno, NV 89519 | | $450.00 | 10/11/2018 | Legal |
| **Maupin, Cox & LeGoy   Total** | | | | **$25,695.00** | | |
| Montana Department of Revenue | PO Box 6309 | Helena, MT 59604 | | $325.00 | 11/26/2018 | State Tax |
| Montana Department of Revenue | PO Box 6309 | Helena, MT 59604 | | $325.00 | 10/09/2018 | Accounts Payable |
| Montana Department of Revenue | PO Box 6309 | Helena, MT 59604 | | $100.00 | 10/11/2018 | State Tax |
| Montana Department of Revenue | PO Box 6309 | Helena, MT 59604 | | $325.00 | 10/30/2018 | State |
| Montana Department of Revenue | PO Box 6309 | Helena, MT 59604 | | $5,504.00 | 12/03/2018 | State Tax |
| **Montana Department of Revenue   Total** | | | | **$6,579.00** | | |
| Omni Management Grp | 5955 Desoto Avenue | Woodland Hills, CA 91367 | | $10,000.00 | 11/29/2018 | Technical Consulting |
| **Omni Management Grp   Total** | | | | **$10,000.00** | | |
| PayneWest Insurance, Inc. | 1200 North Montana | Helena, MT 59601 | | $16,912.29 | 09/21/2018 | D&O and General Liability Insurance |
| **PayneWest Insurance, Inc.   Total** | | | | **$16,912.29** | | |
| Planet Data Inc. | 555 Taxter Road | Elmsford, NY 10523 | | $4,984.76 | 09/10/2018 | Technical Consulting |
| Planet Data Inc. | 555 Taxter Road | Elmsford, NY 10523 | | $823.73 | 09/28/2018 | Technical Consulting |

| VENDOR | ADDRESS LINE 1 | ADDRESS LINE 3 | COUNTRY | PMT AMT | PMT DATE | REASONS FOR PAYMENT OR TRANSFER |
|---|---|---|---|---|---|---|
| Planet Data Inc. | 555 Taxter Road | Elmsford, NY 10523 | | $1,744.52 | 10/11/2018 | Technical Consulting |
| **Planet Data Inc.   Total** | | | | **$7,553.01** | | |
| Subsurface Consultants & Associates LLC | 10700 Richmond Avenue, Suite 325 | Houston, TX 77042 | | $10,000.00 | 12/04/2018 | Technical Consulting |
| Subsurface Consultants & Associates LLC | 10700 Richmond Avenue, Suite 325 | Houston, TX 77042 | | $5.00 | 12/04/2018 | Technical Consulting |
| Subsurface Consultants & Associates LLC | 10700 Richmond Avenue, Suite 325 | Houston, TX 77042 | | $9,112.50 | 12/04/2018 | Technical Consulting |
| **Subsurface Consultants & Associates LLC   Total** | | | | **$19,117.50** | | |
| Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | | $12,619.40 | 10/11/2018 | Legal |
| Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | | $78,202.72 | 11/12/2018 | Legal |
| **Willkie Farr & Gallagher LLP   Total** | | | | **$90,822.12** | | |
| | | | | | | |
| **Grand Total** | | | | **$1,418,818.52** | | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 4

## PAYMENTS TO INSIDERS

**Bakken Resources, Inc.**
**Case No. 18-17254**
**SOFA 4: Payments or other transfers of property made within 1 year before filing  this case that benefited**

| Insider's name | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Bill Baber | 01/03/2018 | $2,500.00 | Board Stipend and Expenses | Board Member |
| Bill Baber | 04/09/2018 | $3,000.00 | Board Stipend and Expenses | Board Member |
| Bill Baber | 06/26/2018 | $2,500.00 | Board Stipend and Expenses | Board Member |
| Bill Baber | 07/10/2018 | $500.00 | Board Stipend and Expenses | Board Member |
| Bill Baber | 10/02/2018 | $3,500.00 | Board Stipend and Expenses | Board Member |
| Bill Baber | 12/07/2018 | $2,500.00 | Board Stipend and Expenses | Board Member |
| **Bill Baber Total** | | **$14,500.00** | | |
| CFO Solutions, Inc. | 12/11/2017 | $15,787.50 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 12/14/2017 | $7,500.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 01/16/2018 | $11,850.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 02/06/2018 | $16,875.01 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 03/23/2018 | $13,612.50 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 04/09/2018 | $19,312.50 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 05/16/2018 | $15,187.50 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 06/07/2018 | $15,382.10 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 07/10/2018 | $18,281.25 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 08/08/2018 | $13,575.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 09/11/2018 | $18,150.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 10/11/2018 | $16,391.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 11/14/2018 | $15,975.00 | Monthly Fees and Expenses | Chief Financial Officer |
| CFO Solutions, Inc. | 11/27/2018 | $16,762.50 | Monthly Fees and Expenses | Chief Financial Officer |
| **CFO Solutions, Inc. Total** | | **$214,641.86** | | |
| Doug Williams | 01/03/2018 | $3,750.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 04/09/2018 | $4,500.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 06/26/2018 | $3,750.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 07/10/2018 | $4,500.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 08/16/2018 | $556.28 | Board Stipend and Expenses | Board Member |
| Doug Williams | 08/21/2018 | $2,000.00 | Board Stipend and Expenses | Board Member |

| Insider's name | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Doug Williams | 10/02/2018 | $6,250.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 11/26/2018 | $5,000.00 | Board Stipend and Expenses | Board Member |
| Doug Williams | 12/07/2018 | $3,750.00 | Board Stipend and Expenses | Board Member |
| **Doug Williams Total** | | **$34,056.28** | | |
| Herman Landeis | 01/03/2018 | $2,500.00 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 04/09/2018 | $3,000.00 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 06/26/2018 | $2,525.00 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 07/10/2018 | $500.00 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 08/20/2018 | $354.25 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 10/02/2018 | $3,500.00 | Board Stipend and Expenses | Board Member |
| Herman Landeis | 12/07/2018 | $2,500.00 | Board Stipend and Expenses | Board Member |
| **Herman Landeis Total** | | **$14,879.25** | | |
| Karen S Midtlyng | 12/12/2017 | $5,000.00 | Wages and Expenses | Employee |
| Karen S Midtlyng | 12/19/2017 | $38.85 | Wages and Expenses | Employee |
| Karen S Midtlyng | 01/01/2018 | $3,879.66 | Wages and Expenses | Employee |
| Karen S Midtlyng | 02/01/2018 | $3,780.67 | Wages and Expenses | Employee |
| Karen S Midtlyng | 03/01/2018 | $3,780.67 | Wages and Expenses | Employee |
| Karen S Midtlyng | 04/01/2018 | $3,780.67 | Wages and Expenses | Employee |
| Karen S Midtlyng | 04/09/2018 | $5,014.56 | Wages and Expenses | Employee |
| Karen S Midtlyng | 04/09/2018 | $2,059.11 | Wages and Expenses | Employee |
| Karen S Midtlyng | 05/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 06/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 07/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 08/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 09/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 10/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 11/01/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 11/28/2018 | $4,094.08 | Wages and Expenses | Employee |
| Karen S Midtlyng | 12/03/2018 | $48,348.70 | Wages and Expenses | Employee |
| **Karen S Midtlyng Total** | | **$108,435.53** | | |
| Paul Law Group LLP | 01/15/2018 | $31,140.00 | Legal Fees | General Counsel |
| Paul Law Group LLP | 03/23/2018 | $34,807.50 | Legal Fees | General Counsel |

| Insider's name | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|
| Paul Law Group LLP | 04/23/2018 | $30,585.00 | Legal Fees | General Counsel |
| **Paul Law Group LLP Total** | | **$96,532.50** | | |
| Solange Charas | 01/03/2018 | $5,000.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 04/09/2018 | $5,750.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 06/26/2018 | $5,000.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 07/10/2018 | $5,750.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 08/16/2018 | $629.53 | Board Stipend and Expenses | Board Member |
| Solange Charas | 08/21/2018 | $4,200.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 10/02/2018 | $10,718.04 | Board Stipend and Expenses | Board Member |
| Solange Charas | 10/11/2018 | $51.21 | Board Stipend and Expenses | Board Member |
| Solange Charas | 11/26/2018 | $5,750.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 12/07/2018 | $3,750.00 | Board Stipend and Expenses | Board Member |
| Solange Charas | 12/07/2018 | $5,500.00 | Board Stipend and Expenses | Board Member |
| **Solange Charas Total** | | **$52,098.78** | | |
| | | | | |
| **Grand Total** | | **$535,144.20** | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re **BAKKEN RESOURCES, INC.**

Case No. **18-17254-BTB**

Debtor

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept compensation to be paid on an hourly basis in accordance with Brownstein Hyatt Farber Schreck's related retention agreement, as such fees and costs are approved by the Court.  In December 2018, Brownstein Hyatt Farber Schreck was retained to advise and represent the Debtor in connection with its restructuring efforts and a possible chapter 11 filing.  Brownstein Hyatt Farber Schreck was paid a total of $40,855.43 for prepetition fees, disbursements and retainers.  Brownstein Hyatt Farber Schreck has been paid for all fees and disbursements incurred prior to the Petition Date and, as of the Petition Date, Brownstein Hyatt Farber Schreck is holding approximately $5,144.57 in unused funds as a retainer for use in the Chapter 11 Case subject to further order of the Court.

Balance Due............................................................................................................    $     **n/a**

2.   The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

(a) providing the Debtor with advice and preparing all necessary documents regarding debt restructuring, bankruptcy and asset dispositions;

(b) taking all necessary actions to protect and preserve the Debtor's estate during the pendency of this Chapter 11 Case, including the prosecution of actions on the Debtor's behalf, the defense of actions commenced against the Debtor, negotiations concerning litigation in which the Debtor is involved and objecting to claims filed against the estate;

(c) preparing on behalf of the Debtor all necessary motions, applications, answers, orders, reports and papers in connection with the administration of this Chapter 11 Case, including without limitation, the preparation and defense of retention papers and fee applications for the Debtor's professionals (both proposed and retained), including Brownstein Hyatt Farber Schreck;

(d) counseling the Debtor with regard to its rights and obligations as Debtor-in-possession;

(e) appearing in Court to protect and promote the interests of the Debtor; and

(f) performing all other legal services for the Debtor which may be necessary and proper in these proceedings and in furtherance of the Debtor's Chapter 11 Case.

B2030 (Form 2030)(12/15)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

<div style="border:1px solid black; padding:10px;">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/27/18** | **/s/ Samuel A. Schwartz** |
| *Date* | **Samuel A. Schwartz, Esq.** |
| | **Nevada Bar No. 10985** |
| | **Brownstein Hyatt Farber Schreck, LLP** |
| | **100 North City Parkway, Suite 1600** |
| | **Las Vegas, Nevada 89106** |
| | **702.382.2101  Fax: 702.382.8135** |

</div>

-2-

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re **BAKKEN RESOURCES, INC.** _____

Debtor

Case No. **18-17254-BTB**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept compensation to be paid on an hourly basis in accordance with Lowenstein Sandler's related retention agreement, as such fees and costs are approved by the Court.  In October 2018, Lowenstein Sandler was retained to advise and represent the Debtor in connection with its restructuring efforts and a possible chapter 11 filing.  Lowenstein Sandler was paid a total of $286,511.81 for prepetition fees, disbursements and retainers. Lowenstein Sandler has been paid for all fees and disbursements incurred prior to the Petition Date and, as of the Petition Date, Lowenstein is holding approximately $111,667.46 in unused funds as a retainer for use in the Chapter 11 Case subject to further order of the Court.

Balance Due............................................................................................................   $    _____ **n/a**

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

(a) providing the Debtor with advice and preparing all necessary documents regarding debt restructuring, bankruptcy and asset dispositions;
(b) taking all necessary actions to protect and preserve the Debtor's estate during the pendency of this Chapter 11 Case, including the prosecution of actions on the Debtor's behalf, the defense of actions commenced against the Debtor, negotiations concerning litigation in which the Debtor is involved and objecting to claims filed against the estate;
(c) preparing on behalf of the Debtor all necessary motions, applications, answers, orders, reports and papers in connection with the administration of this Chapter 11 Case, including without limitation, the preparation and defense of retention papers and fee applications for the Debtor's professionals (both proposed and retained), including Lowenstein Sandler;
(d) counseling the Debtor with regard to its rights and obligations as Debtor-in-possession;
(e) appearing in Court to protect and promote the interests of the Debtor; and
(f) performing all other legal services for the Debtor which may be necessary and proper in these proceedings and in furtherance of the Debtor's Chapter 11 Case.

B2030 (Form 2030)(12/15)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**12/27/18**
*Date*

**/s/ Jeffrey Cohen**
**Jeffrey Cohen, Esq.**
*Signature of Attorney*
**Lowenstein Sandler LLP**
**One Lowenstein Drive**
**Roseland, NJ 07068**
**212.262.6700  Fax: 212.262.7402**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re __Bakken Resources, Inc.__

Debtor(s)

Case No. __18-17254-btb__

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 27, 2018__

__/s/ Richard Robbins__
__Richard Robbins__/__Authorized Signatory__
Signer/Title

| | |
|---|---|
| **Debtor Name** | Bakken Resources, Inc. |
| **United States Bankruptcy Court for the  District of Nevada** | |
| **Case Number:** | 18-17254 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

☑ *Schedule H: Codebtors*    (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the VP - Restructuring of the Bakken Resources, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 29 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  12/27/2018
MM / DD / YYYY

Signature _____ /s/  Richard Robbins _____

Richard Robbins
Printed Name

VP - Restructuring
Title