

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 20, 2019

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for James M. Holms, Personal Representative
of the Estate of Val M. Holms

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 18-17254-BTB |
|---|---|
| BAKKEN RESOURCES, INC., | Chapter 11 Case |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM STAY**<br><br>Hearing Date:  February 15, 2019<br>Hearing Time:  10:00 a.m. |

   This matter came before the Court on the duly noticed <u>Motion for Relief from Stay</u> (the "Motion"), filed on behalf of James M. Holms ("Mr. Holms"), Personal Representative of the Estate of Val M. Holms. Cecilia Lee, Esq. appeared on behalf of Mr. Holms. Other appearances, if any, were noted on the record.

   The Court has reviewed the Motion, the exhibits attached to the Motion, the <u>Declaration of Cecilia Lee in Support of Motion for Relief from Stay</u>, and the papers and pleadings on file in this

1  case, of which the Court takes judicial notice.  Pursuant to Fed. R. Bankr. P. 9014, which
2  incorporates by reference Fed. R. Bankr. P. 7052, the Court made its findings of fact and
3  conclusions of law on the record in lieu of written findings of fact and conclusions of law, which
4  are incorporated herein as though stated in full.  The Court has considered the Motion and finds
5  that good cause exists to grant it in its entirety.
6          WHEREFORE, good cause appearing,
7          IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety, and that the
8  automatic stay in bankruptcy is not implicated and does not apply to, enjoin, protect or affect in
9  any way any action to resolve ownership of stock in the Debtor, including without limitation, any
10 such action taken in the Pending Litigations, in any other litigation or by any other means, process
11 or proceeding.[1]

14 Submitted by:
15 LEE HIGH, LTD.
16 /s/ Cecilia Lee, Esq.
17 CECILIA LEE, ESQ.

---

[1] "Pending Litigations" include the three consolidated actions entitled Graiwer et al. v. Bakken Resources, Inc., Case No. CV 14-0544, Second Judicial District Court for the County of Washoe, State of Nevada; Val Holms v. Bakken Resources, Inc., Case No. CV 16-01086, Second Judicial District Court for the County of Washoe, State of Nevada; Bakken Resources, Inc. v. Allan Holms, et al., Case No. CV 17-00360, Second Judicial District Court for the County of Washoe, State of Nevada; and other actions pending in the State of Montana and the United States District Court for the Southern District of New York, entitled Bakken Resources, Inc. v. Allan Holms, Val Holms, Todd Jensen, Allan Collins v. Dan Anderson, Karen Midtlyng and Wes Paul, Case No. DDV-2016-612, Montana First Judicial Court; Bakken Resources, Inc. v. Edington et al., Case No. 15-CV-8686, United States District Court for the Southern District of New York; In the Matter of the Estate of Val M. Holms, Case No. DP-16-63, Montana Twentieth Judicial District Court.

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

x \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Samuel Schwartz, Esq. – APPROVED

Frank Gilmore, Esq. – waived signature

Amy Tirre, Esq. – waived signature

Ed McDonald, Esq. – waived signature

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of a form of this order with the motion pursuant LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 15th day of February, 2019.

LEE HIGH, LTD.

/s/ Cecilia Lee, Esq.
CECILIA LEE, ESQ.