**DENIED**
Set for noticed hearing

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 27, 2020

GREGORY E. GARMAN
Nevada Bar No. 6654
ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
wnoall@gtg.legal
GARMAN TURNER GORDON L.L.P.
7251 Amigo Street,
Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000

*Attorneys for AlixPartners, LLP,
A.P. Services, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-18-17254-btb |
| BAKKEN RESOURCES, INC., | **Date: N/A** <br> **Time: N/A** |
| Debtor. | |

**ORDER APPROVING EX PARTE MOTION FOR ORDER
REOPENING BANKRUPTCY CASE**

The Court having reviewed the *Ex Parte Motion For Order Reopening Bankruptcy Case* [ECF No. 258] (the "Ex Parte Motion") filed by AlixPartners, LLP ("Alix") and A.P. Services, LLC (collectively, the "Removing Parties"), and having determined good cause exists therefore,

**IT IS HEREBY ORDERED** that:

I.   The Ex Parte Motion is hereby granted; and

II.  The above-captioned chapter 11 case is hereby reopened for the limited purpose set forth in

ACTIVE 255597303

the Ex Parte Motion.

**IT IS SO ORDERED.**

Respectfully submitted by:

GARMAN TURNER GORDON L.L.P.

By: */s/ William M. Noall*
William M. Noall
Nevada Bar No. 3549
wnoall@gtg.legal
7251 Amigo Street,
Suite 210 Las Vegas, NV 89119
Telephone: (725) 777-3000
*Attorneys for AlixPartners, LLP,*
*A.P. Services, LLC*

AND

SIDLEY AUSTIN L.L.P.

Yvette Ostolaza
(*pro hac vice forthcoming*)
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
(214) 981-3300
yvette.ostolaza@sidley.com

Robert S. Velevis
(*pro hac vice forthcoming*)
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
(214) 981-3300
rvelevis@sidley.com

*Attorneys for AlixPartners, LLP,*
*A.P. Services, LLC*

ACTIVE 255597303